IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARIA FABELA, ALFONSO BALADEZ, AMELIA BALADEZ, MARIA BALADEZ, MARIA JACOBO, ANTONIO REYES, MARIA REYES, DIANA ROSAS, LETICIA TORRES, AND JOSE VILLANEDA, <br><br>    Plaintiffs <br><br> V. <br><br> CITY OF FARMERS BRANCH, TEXAS, AND TIM O'HARE, HAROLD FROELICH, MICHELLE HOLMES, DAVID KOCH, BEN ROBINSON, AND TIM SCOTT, In Their Official Capacities, <br><br>    Defendants | § § § § § § § § § § § § § § § § § § § § §  <br><br> CIVIL ACTION NO. 3-10CV1425-D |

## MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants move to dismiss this cause for failure to state a claim upon which relief can be granted. As more fully detailed in the accompanying brief, the plaintiffs cannot obtain relief on this claim because:

1. The claim is barred by claim preclusion due to the decision in *Reyes v. City of Farmers Branch,* 2008 WL 4791498 (N.D. Tex. Nov. 4, 2008), *aff'd,* 586 F.3d 1019 (5th Cir. 2009).

2. The determinative fact issue in the case—whether voting-age Hispanic citizens are sufficiently numerous and geographically compact to be able to constitute a citizen-voting-age majority in a putative single-member district in the City of Farmers

Branch—was litigated and decided in *Reyes v. City of Farmers Branch*, 2008 WL 4791498 (N.D. Tex. Nov. 4, 2008), *aff'd,* 586 F.3d 1019 (5th Cir. 2009) and, accordingly, is barred by issue preclusion.

        Respectfully submitted,

        C. ROBERT HEATH
        State Bar No. 09347500
        BICKERSTAFF HEATH
        DELGADO ACOSTA LLP
        3711 S. MoPac Expressway
        Building One, Suite 300
        Austin, Texas 78746
        Telephone: (512) 472-8021
        Facsimile: (512) 320-5638

        Local Office:
        BICKERSTAFF HEATH
        DELGADO ACOSTA LLP
        1700 Pacific Ave., Suite 4501
        Dallas, Texas 75201
        Telephone: (214) 397-0390
        Facsimile: (214) 397-0389

        By: *s/ C. Robert Heath*
            C. ROBERT HEATH

        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

On August 10, 2010, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. I hereby certify that I have served counsel of record listed below via electronic transmission through the Court's ECF system:

> William A. Brewer III (*wab@bickelbrewer.com*)
> Michael Veeser (*mcv@bickelbrewer.com*)
> Jeremy Camp (*jyc@bickelbrewer.com*)
> BICKEL & BREWER STOREFRONT, P.L.L.C.
> 1717 Main Street, Suite 4800
> Dallas, Texas 75201

> s/ *C. Robert Heath*
> C. ROBERT HEATH