IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARIA FABELA, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | Civil Action No. 3:10-CV-1425-D |
| VS. | § | |
| | § | |
| CITY OF FARMERS BRANCH, TEXAS, | § | |
| et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

In a memorandum opinion and order filed August 2, 2012, the court found that the at-large

system of electing members of the City Council of the City of Farmers Branch, Texas violates § 2

of the Voting Rights Act of 1965, 42 U.S.C. § 1973.  The court ordered that, within 60 days,

defendants submit a plan to remedy the violation.  In an order filed September 10, 2012, the court

granted an unopposed motion for extension of time to file proposed remedy, extending the deadline

to October 5, 2012.  The order also provided that plaintiffs could file objections within 30 days of

the date the proposal was filed with the clerk of the court.  Defendant City of Farmers Branch timely

submitted a proposed remedy ("Plan").  Plaintiffs have not filed any objections.

Accordingly, the court directs that, within 30 days of the date of this order, defendants seek

preclearance under § 5 of the Voting Rights Act, 42 U.S.C. § 1973c, of the Plan submitted to the

court and reflected in Exhibits A and B attached to this order, or show cause in writing why they

should not be required to seek and obtain preclearance.  Unless the court otherwise orders, it will

await entering a final judgment in this case until the Plan has been precleared.  Plaintiffs may apply

for attorney's fees after the final judgment is entered, and within the time specified by Fed. R. Civ.

P. 54(d)(2)(B)(i).

**SO ORDERED**.

November 27, 2012.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE

# EXHIBIT A

RESOLUTION NO. 2012-071

## A RESOLUTION OF THE CITY OF FARMERS BRANCH, TEXAS, COMPLYING WITH THE ORDER OF THE UNITED STATES DISTRICT COURT IN *FABELA v. CITY OF FARMERS BRANCH, CIVIL ACTION NO. 3:10-CV-1425-D.*

**WHEREAS,** the City of Farmers Branch is a defendant in the case of *Fabela v. City of Farmers Branch*, No. 3:10-CV-1425-D in the United States District Court of the Northern District of Texas, which suit contends that the city's at-large election system violates section 2 of the Voting Rights Act, 42 U.S.C. § 1973, and

**WHEREAS,** the City contended and continues to contend that its election system does not violate the requirements of the Voting Rights Act, and

**WHEREAS,** the Court, in its Memorandum Opinion and Order dated August 2, 2012, held that "the at-large system of electing members of the Farmers Branch City Council violates § 2 of the Voting Rights Act" and further ordered the City "to submit . . . a plan to remedy the violation." *Fabela v. City of Farmers Branch*, 2012 WL 3135545, *15 (N.D. Tex. Aug. 2, 2012), and

**WHEREAS,** this resolution is designed to approve a plan to be submitted to the Court in compliance with its order, and

**WHEREAS,** by approving a proposed remedy as ordered by the Court, the City does not waive its contention that its existing system is permissible under the Voting Rights Act or its right to challenge any ultimate judgment that its existing at-large election system violates the Voting Rights Act; now, therefore, be it

**RESOLVED,** that the City Council of the City of Farmers Branch, Texas, hereby approves the single-member districting plan set out in Exhibit A and reflected by the map, demographic tables, and block assignment file contained in that Exhibit, as its proposed remedy contemplated by the District Court's August 2, 2012, Order, and directs its attorneys to submit the plan to the District Court; and, be it further

**RESOLVED,** that in the plan existing council places will correspond to the single-member districts bearing the same number as the council place; and, be it further

**RESOLVED,** that, under the plan to be proposed, existing members of the City Council will continue to serve the terms for which they were elected, so that the voters will elect councilmembers from Districts 1 and 4 in May 2013, will elect the Mayor and the councilmember from District 2 in May 2014, and will elect councilmembers from Districts 3 and 5 in May 2015.

**DULY ADOPTED BY THE CITY COUNCIL OF THE CITY OF FARMERS BRANCH, TEXAS, ON THIS DAY, THE 2ND OF OCTOBER 2012.**

ATTEST:

Angela Kelly, City Secretary

APPROVED:

William P. Glancy, Mayor



City of Farmers Branch
Proposed Single Member District Plan

# City of Farmers Branch

## Proposed Single Member District Plan

### Summary 2010 Census Total and Voting Age Population

| District | Persons | Deviation | Hispanic % of Total Population | Non-Hispanic Anglo % of Total Population | Non-Hispanic Black % of Total Population | Non-Hispanic Asian % of Total Population | Non-Hispanic Other % of Total Population |
|---|---|---|---|---|---|---|---|
| 1 | 5,617 | -1.85% | 79.13% | 16.09% | 2.17% | 1.57% | 1.03% |
| 2 | 5,871 | 2.59% | 44.00% | 51.12% | 1.70% | 1.65% | 1.53% |
| 3 | 5,582 | -2.46% | 36.55% | 52.01% | 4.05% | 5.75% | 1.65% |
| 4 | 5,784 | 1.07% | 26.37% | 52.23% | 9.30% | 9.80% | 2.30% |
| 5 | 5,762 | 0.68% | 41.50% | 48.92% | 5.10% | 2.83% | 1.65% |
| **Totals** | **28,616** | | **45.37%** | **44.20%** | **4.47%** | **4.32%** | **1.64%** |

Ideal Size = 28,616 / 5 = 5,723 per district.

Total Maximum Deviation = 2.59% - (-2.46%) = 5.05%

Some percentages may be subject to rounding error.  Includes split block allocation.

| District | Total VAP* | | Hispanic % of Total VAP | Non-Hispanic Anglo % of Total VAP | Non-Hispanic Black % of Total VAP | Non-Hispanic Asian % of Total VAP | Non-Hispanic Other % of Total VAP |
|---|---|---|---|---|---|---|---|
| 1 | 3,716 | | 74.84% | 20.53% | 1.91% | 1.83% | 0.89% |
| 2 | 4,468 | | 36.44% | 59.04% | 1.50% | 1.75% | 1.28% |
| 3 | 4,440 | | 30.52% | 57.39% | 4.30% | 6.40% | 1.40% |
| 4 | 4,793 | | 21.78% | 56.83% | 9.26% | 10.08% | 2.04% |
| 5 | 4,359 | | 34.23% | 56.46% | 4.66% | 3.12% | 1.54% |
| **Totals** | **21,776** | | **38.12%** | **51.13%** | **4.48%** | **4.82%** | **1.46%** |

*Voting Age Population

Some percentages may be subject to rounding error.

10/1/2012

# City of Farmers Branch
## Proposed Single Member District Plan
### Detailed 2010 Census Total and Voting Age Population

| District | Persons | Ideal Size | Deviation | Hispanic | % of Total Hispanic Population | Anglo | % of Total Anglo Population | Black | % of Total Black Population | American Indian | % of Total American Indian Population | Asian | % of Total Asian Population | Hawaiian-Pacific Islander | % of Total Hawaiian-Pacific Islander Population | Other | % of Total Other Population | Two or More | % of Total Two or More Population |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 5,617 | 5,723 | -1.85% | 4,445 | 79.13% | 904 | 16.09% | 122 | 2.17% | 19 | 0.34% | 88 | 1.57% | 0 | 0.00% | 4 | 0.07% | 35 | 0.62% |
| 2 | 5,871 | 5,723 | 2.59% | 2,583 | 44.00% | 3,001 | 51.12% | 100 | 1.70% | 23 | 0.39% | 97 | 1.65% | 0 | 0.00% | 10 | 0.17% | 57 | 0.97% |
| 3 | 5,582 | 5,723 | -2.46% | 2,040 | 36.55% | 2,903 | 52.01% | 226 | 4.05% | 17 | 0.30% | 321 | 5.75% | 0 | 0.00% | 11 | 0.20% | 64 | 1.15% |
| 4 | 5,784 | 5,723 | 1.07% | 1,525 | 26.37% | 3,021 | 52.23% | 538 | 9.30% | 14 | 0.24% | 567 | 9.80% | 2 | 0.03% | 10 | 0.17% | 107 | 1.85% |
| 5 | 5,762 | 5,723 | 0.68% | 2,391 | 41.50% | 2,819 | 48.92% | 294 | 5.10% | 20 | 0.35% | 163 | 2.83% | 0 | 0.00% | 2 | 0.03% | 73 | 1.27% |
| Totals | 28,616 | | | 12,984 | 45.37% | 12,648 | 44.20% | 1,280 | 4.47% | 93 | 0.32% | 1,236 | 4.32% | 2 | 0.01% | 37 | 0.13% | 336 | 1.17% |

Ideal Size = 28,616 / 5 = 5,723 per district.

Some percentages may be subject to rounding error. Includes split block allocation.

| District | Total VAP* | Hispanic VAP | % of Total Hispanic VAP | Anglo VAP | % of Total Anglo VAP | Black VAP | % of Total Black VAP | American Indian VAP | % of Total American Indian VAP | Asian VAP | % of Total Asian VAP | Hawaiian-Pacific Islander VAP | % of Total Hawaiian-Pacific Islander VAP | Other VAP | % of Total Other VAP | Two or More VAP | % of Total Two or More VAP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 3,716 | 2,781 | 74.84% | 763 | 20.53% | 71 | 1.91% | 14 | 0.38% | 68 | 1.83% | 0 | 0.00% | 1 | 0.03% | 18 | 0.48% |
| 2 | 4,468 | 1,628 | 36.44% | 2,638 | 59.04% | 67 | 1.50% | 20 | 0.45% | 78 | 1.75% | 0 | 0.00% | 6 | 0.13% | 31 | 0.69% |
| 3 | 4,440 | 1,355 | 30.52% | 2,548 | 57.39% | 191 | 4.30% | 12 | 0.27% | 284 | 6.40% | 0 | 0.00% | 8 | 0.18% | 42 | 0.95% |
| 4 | 4,793 | 1,044 | 21.78% | 2,724 | 56.83% | 444 | 9.26% | 13 | 0.27% | 483 | 10.08% | 2 | 0.04% | 6 | 0.13% | 77 | 1.61% |
| 5 | 4,359 | 1,492 | 34.23% | 2,461 | 56.46% | 203 | 4.66% | 18 | 0.41% | 136 | 3.12% | 0 | 0.00% | 2 | 0.05% | 47 | 1.08% |
| Totals | 21,776 | 8,300 | 38.12% | 11,134 | 51.13% | 976 | 4.48% | 77 | 0.35% | 1,049 | 4.82% | 2 | 0.01% | 23 | 0.11% | 215 | 0.99% |

*Voting Age Population

Some percentages may be subject to rounding error.

10/1/2012

# City of Farmers Branch - 2010 Census VTD and Block Report

**Plan Name: Proposed Single Member District Plan**

**Adopted on: October 2, 2012**                                                            10/1/2012


|  | Total Population: | 5,617 | 5,723 |  |  |
|---|---|---|---|---|---|
| District: |  | **1** |  | Ideal: | Deviation:-1.9% |

| **3   Precincts** | | **Population** |
|---|---|---|
| Dallas County (Part) | 481131400 (1400) | 3,477 |
| 481131400 (1400) | | 0 |
| 481131502 (1502) | | 3,443 |
| 481131509 (1509) | | 34 |

| **53** | | **Population** |
|---|---|---|
| Dallas County (Part) | 481130137112000 (Block 2000) | 2,140 |
| **1500** | | |
| 481130137112000 (Block 2000) | | 80 |
| 481130137112001 (Block 2001) | | 39 |
| 481130137112002 (Block 2002) | | 1,210 |
| 481130137112003 (Block 2003) | | 504 |
| 481130137112004 (Block 2004) | | 0 |
| 481130137112005 (Block 2005) | | 81 |
| 481130137112006 (Block 2006) | | 0 |
| 481130137112007 (Block 2007) | | 0 |
| **1503** | | |
| 481130139021013 (Block 1013) | | 93 |
| 481130139021016 (Block 1016) | | 0 |
| 481130139021017 (Block 1017) | | 0 |
| 481130139021018 (Block 1018) | | 0 |
| 481130139021019 (Block 1019) | | 0 |
| 481130139021020 (Block 1020) | | 0 |
| 481130139021021 (Block 1021) | | 0 |
| 481130139021022 (Block 1022) | | 0 |
| 481130139021023 (Block 1023) | | 0 |
| 481130139021024 (Block 1024) | | 133 |
| 481130139021025 (Block 1025) | | 0 |
| 481130139021026 (Block 1026) | | 0 |
| 481130139021027 (Block 1027) | | 0 |
| **1504** | | |
| 481130140021027 (Block 1027) | | 0 |
| 481130140021037 (Block 1037) | | 0 |
| 481130140021041 (Block 1041) | | 0 |
| 481130140021043 (Block 1043) | | 0 |
| 481130140021044 (Block 1044) | | 0 |
| 481130140021045 (Block 1045) | | 0 |
| 481130140021046 (Block 1046) | | 0 |
| 481130140021048 (Block 1048) | | 0 |
| 481130140021049 (Block 1049) | | 0 |
| 481130140021050 (Block 1050) | | 0 |
| 481130140021051 (Block 1051) | | 0 |
| 481130140021055 (Block 1055) | | 0 |

*Census block number 5002 is split between Districts 2 and 5.
The block has 80 persons.   35 persons were allocated to District
2 and 45 persons were allocated to District 5.   The district totals
above reflect those adjustments.   The block was split based
upon the area proportion within each District.*
GEOID: 481130138035008

Page 1



*Bickerstaff Heath Delgado Acosta LLP*

# City of Farmers Branch - 2010 Census VTD and Block Report

**Plan Name: Proposed Single Member District Plan**

**Adopted on: October 2, 2012**                                                                 10/1/2012

| | |
|---|---|
| 481130140021056 (Block 1056) | 0 |
| 481130140021057 (Block 1057) | 0 |
| 481130140021058 (Block 1058) | 0 |
| 481130140021059 (Block 1059) | 0 |
| 481130140021060 (Block 1060) | 0 |
| | |
| 481130140021061 (Block 1061) | 0 |
| 481130140021062 (Block 1062) | 0 |
| 481130140021063 (Block 1063) | 0 |
| 481130140021068 (Block 1068) | 0 |
| 481130140021069 (Block 1069) | 0 |
| 481130140021070 (Block 1070) | 0 |
| 481130140021071 (Block 1071) | 0 |
| 481130140021072 (Block 1072) | 0 |
| 481130140021073 (Block 1073) | 0 |
| 481130140021074 (Block 1074) | 0 |
| 481130140021075 (Block 1075) | 0 |
| 481130140021076 (Block 1076) | 0 |
| 481130140021096 (Block 1096) | 0 |
| 481130140021097 (Block 1097) | 0 |
| 481130140021099 (Block 1099) | 0 |

Total Population:  5,871                    5,723

District:                                    **2**                    Ideal:  Deviation: 2.59%

**118**                                                                                       **Population**
Dallas County (Part)          481130137122011 (Block 2011)          5,836
  1500
| | |
|---|---|
| 481130137122011 (Block 2011) | 90 |
| 481130137122012 (Block 2012) | 86 |

  1501
| | |
|---|---|
| 481130137121010 (Block 1010) | 0 |
| 481130137121011 (Block 1011) | 0 |
| 481130137121014 (Block 1014) | 0 |
| 481130137122000 (Block 2000) | 0 |
| 481130137122007 (Block 2007) | 0 |
| 481130137122008 (Block 2008) | 0 |
| 481130137122013 (Block 2013) | 0 |
| 481130138033006 (Block 3006) | 159 |
| 481130138033007 (Block 3007) | 20 |
| 481130138034000 (Block 4000) | 0 |
| 481130138034001 (Block 4001) | 0 |
| 481130138034002 (Block 4002) | 44 |
| 481130138034003 (Block 4003) | 37 |
| 481130138034004 (Block 4004) | 155 |
| 481130138034005 (Block 4005) | 38 |
| 481130138034006 (Block 4006) | 0 |
| 481130138034011 (Block 4011) | 0 |
| 481130139023000 (Block 3000) | 0 |
| 481130139023005 (Block 3005) | 0 |

*Census block number 5002 is split between Districts 2 and 5.*
*The block has 80 persons.   35 persons were allocated to District*
*2 and 45 persons were allocated to District 5.   The district totals*
*above reflect those adjustments.   The block was split based*
*upon the area proportion within each District.*
*GEOID: 481130138035008*



*Bickerstaff Heath Delgado Acosta LLP*

# City of Farmers Branch - 2010 Census VTD and Block Report

**Plan Name: Proposed Single Member District Plan**

**Adopted on: October 2, 2012**                                        10/1/2012

|  |  |
|---|---|
| 481130139023006 (Block 3006) | 0 |
| 481130139023009 (Block 3009) | 0 |
| 481130139023010 (Block 3010) | 0 |
| 481130139023012 (Block 3012) | 0 |
| 481130139024000 (Block 4000) | 0 |

1503
|  |  |
|---|---|
| 481130139021000 (Block 1000) | 0 |
| 481130139021001 (Block 1001) | 0 |
| 481130139021002 (Block 1002) | 0 |
| 481130139021003 (Block 1003) | 0 |
| 481130139021004 (Block 1004) | 0 |
| 481130139021005 (Block 1005) | 168 |
| 481130139021006 (Block 1006) | 0 |
| 481130139021007 (Block 1007) | 0 |
| 481130139021008 (Block 1008) | 103 |
| 481130139021009 (Block 1009) | 94 |
| 481130139021010 (Block 1010) | 68 |
| 481130139021011 (Block 1011) | 99 |
| 481130139021012 (Block 1012) | 109 |
| 481130139021014 (Block 1014) | 65 |
| 481130139021015 (Block 1015) | 0 |
| 481130139021031 (Block 1031) | 91 |
| 481130139021032 (Block 1032) | 108 |
| 481130139023001 (Block 3001) | 7 |
| 481130139023002 (Block 3002) | 0 |
| 481130139023003 (Block 3003) | 133 |
| 481130139023004 (Block 3004) | 121 |
| 481130139023007 (Block 3007) | 129 |
| 481130139023008 (Block 3008) | 138 |
| 481130139023011 (Block 3011) | 125 |
| 481130139023013 (Block 3013) | 0 |
| 481130139023014 (Block 3014) | 32 |
| 481130139023015 (Block 3015) | 89 |
| 481130139023016 (Block 3016) | 79 |
| 481130139023017 (Block 3017) | 110 |
| 481130139023018 (Block 3018) | 74 |
| 481130139023019 (Block 3019) | 66 |
| 481130139023020 (Block 3020) | 39 |
| 481130139023025 (Block 3025) | 0 |
| 481130139024001 (Block 4001) | 0 |
| 481130139024002 (Block 4002) | 0 |
| 481130139024003 (Block 4003) | 26 |
| 481130139024004 (Block 4004) | 47 |
| 481130139024005 (Block 4005) | 29 |
| 481130139024009 (Block 4009) | 258 |
| 481130139024010 (Block 4010) | 0 |
| 481130139024011 (Block 4011) | 35 |
| 481130139024012 (Block 4012) | 54 |
| 481130139024013 (Block 4013) | 93 |
| 481130139024014 (Block 4014) | 117 |

*Census block number 5002 is split between Districts 2 and 5.*
*The block has 80 persons.   35 persons were allocated to District*
*2 and 45 persons were allocated to District 5.   The district totals*
*above reflect those adjustments.   The block was split based*
*upon the area proportion within each District.*
*GEOID: 481130138035008*



*Bickerstaff Heath Delgado Acosta LLP*

# City of Farmers Branch - 2010 Census VTD and Block Report

**Plan Name: Proposed Single Member District Plan**

**Adopted on: October 2, 2012**                                                  10/1/2012

| | |
|---|---|
| 481130139024019 (Block 4019) | 60 |
| 481130139024024 (Block 4024) | 47 |

1506

| | |
|---|---|
| 481130138034007 (Block 4007) | 0 |
| 481130138034008 (Block 4008) | 74 |
| 481130138034009 (Block 4009) | 6 |
| 481130138034010 (Block 4010) | 41 |
| 481130138034012 (Block 4012) | 12 |
| 481130138034013 (Block 4013) | 31 |
| 481130138034014 (Block 4014) | 62 |
| 481130138034015 (Block 4015) | 8 |
| 481130138034016 (Block 4016) | 27 |
| 481130138034017 (Block 4017) | 4 |
| 481130138034018 (Block 4018) | 11 |
| 481130138034019 (Block 4019) | 58 |
| 481130138035004 (Block 5004) | 26 |
| 481130138035005 (Block 5005) | 45 |
| 481130138035008 (Block 5008) | 90 |
| 481130138035009 (Block 5009) | 136 |
| 481130138035010 (Block 5010) | 23 |
| 481130138035011 (Block 5011) | 16 |
| 481130138035012 (Block 5012) | 28 |
| 481130138035013 (Block 5013) | 44 |
| 481130138035014 (Block 5014) | 42 |
| 481130138035015 (Block 5015) | 45 |
| 481130138035016 (Block 5016) | 73 |
| 481130138035017 (Block 5017) | 62 |
| 481130138035018 (Block 5018) | 87 |
| 481130138035019 (Block 5019) | 20 |
| 481130138035020 (Block 5020) | 51 |
| 481130138035021 (Block 5021) | 32 |
| 481130138036000 (Block 6000) | 97 |
| 481130138036001 (Block 6001) | 133 |
| 481130138036002 (Block 6002) | 113 |
| 481130138036003 (Block 6003) | 215 |
| 481130138036004 (Block 6004) | 130 |
| 481130138036005 (Block 6005) | 113 |
| 481130138036006 (Block 6006) | 125 |
| 481130138036007 (Block 6007) | 98 |
| 481130138036008 (Block 6008) | 63 |
| 481130138036009 (Block 6009) | 84 |
| 481130138036010 (Block 6010) | 69 |
| 481130139024006 (Block 4006) | 0 |
| 481130139024007 (Block 4007) | 0 |
| 481130139024008 (Block 4008) | 0 |
| 481130139024020 (Block 4020) | 0 |
| 481130139024021 (Block 4021) | 0 |
| 481130139024022 (Block 4022) | 0 |
| 481130139024023 (Block 4023) | 0 |

*Census block number 5002 is split between Districts 2 and 5.
The block has 80 persons.   35 persons were allocated to District
2 and 45 persons were allocated to District 5.   The district totals
above reflect those adjustments.   The block was split based
upon the area proportion within each District.*
GEOID: 481130138035008



*Bickerstaff Heath Delgado Acosta LLP*

# City of Farmers Branch - 2010 Census VTD and Block Report

**Plan Name: Proposed Single Member District Plan**

**Adopted on: October 2, 2012**                                              10/1/2012

|  |  |  |  |
|---|---|---|---|
| Total Population: | 5,582 | 5,723 | |
| District: | | **3** | Ideal:  Deviation:-2.5% |

| **2   Precincts** | | **Population** |
|---|---|---|
| Dallas County (Part) | 481131505 (1505) | 4,285 |
| 481131505 (1505) | | 3,551 |
| 481131511 (1511) | | 734 |

| **119** | | **Population** |
|---|---|---|
| Dallas County (Part) | 481130139021028 (Block 1028) | 1,297 |
| 1503 | | |
| 481130139021028 (Block 1028) | | 0 |
| 481130139021029 (Block 1029) | | 0 |
| 481130139021030 (Block 1030) | | 0 |
| 481130139021033 (Block 1033) | | 0 |
| 481130139022000 (Block 2000) | | 138 |
| 481130139022001 (Block 2001) | | 140 |
| 481130139022002 (Block 2002) | | 112 |
| 481130139022003 (Block 2003) | | 97 |
| 481130139022004 (Block 2004) | | 95 |
| 481130139022005 (Block 2005) | | 93 |
| 481130139022006 (Block 2006) | | 117 |
| 481130139022007 (Block 2007) | | 0 |
| 481130139022008 (Block 2008) | | 0 |
| 481130139022009 (Block 2009) | | 50 |
| 481130139022010 (Block 2010) | | 46 |
| 481130139022011 (Block 2011) | | 0 |
| 481130139022012 (Block 2012) | | 1 |
| 481130139022013 (Block 2013) | | 57 |
| 481130139023021 (Block 3021) | | 0 |
| 481130139023022 (Block 3022) | | 0 |
| 481130139023023 (Block 3023) | | 0 |
| 481130139023024 (Block 3024) | | 0 |
| 481130139024015 (Block 4015) | | 38 |
| 481130139024016 (Block 4016) | | 0 |
| 481130139024017 (Block 4017) | | 0 |
| 481130139024018 (Block 4018) | | 0 |
| 481130139024025 (Block 4025) | | 119 |
| 481130139024026 (Block 4026) | | 42 |
| 1504 | | |
| 481130140011028 (Block 1028) | | 0 |
| 481130140011029 (Block 1029) | | 0 |
| 481130140011030 (Block 1030) | | 0 |
| 481130140011031 (Block 1031) | | 0 |
| 481130140011032 (Block 1032) | | 0 |
| 481130140011033 (Block 1033) | | 0 |
| 481130140011034 (Block 1034) | | 0 |

*Census block number 5002 is split between Districts 2 and 5. The block has 80 persons.   35 persons were allocated to District 2 and 45 persons were allocated to District 5.   The district totals above reflect those adjustments.   The block was split based upon the area proportion within each District.*
GEOID: 481130138035008



*Bickerstaff Heath Delgado Acosta LLP*

# City of Farmers Branch - 2010 Census VTD and Block Report

**Plan Name: Proposed Single Member District Plan**

**Adopted on: October 2, 2012**                                                                10/1/2012

| | |
|---|---|
| 481130140011037 (Block 1037) | 0 |
| 481130140011050 (Block 1050) | 0 |
| 481130140013000 (Block 3000) | 0 |
| 481130140013001 (Block 3001) | 0 |
| 481130140013002 (Block 3002) | 0 |
| 481130140013003 (Block 3003) | 0 |
| 481130140013004 (Block 3004) | 0 |
| 481130140013005 (Block 3005) | 0 |
| 481130140013006 (Block 3006) | 0 |
| 481130140013007 (Block 3007) | 0 |
| 481130140013008 (Block 3008) | 0 |
| 481130140013009 (Block 3009) | 0 |
| 481130140013010 (Block 3010) | 0 |
| 481130140013011 (Block 3011) | 0 |
| 481130140013012 (Block 3012) | 6 |
| 481130140013013 (Block 3013) | 27 |
| 481130140013014 (Block 3014) | 65 |
| 481130140013021 (Block 3021) | 41 |
| 481130140013022 (Block 3022) | 11 |
| 481130140013023 (Block 3023) | 0 |
| 481130140013024 (Block 3024) | 0 |
| 481130140013025 (Block 3025) | 0 |
| 481130140013026 (Block 3026) | 0 |
| 481130140013027 (Block 3027) | 0 |
| 481130140013028 (Block 3028) | 2 |
| 481130140013029 (Block 3029) | 0 |
| 481130140013030 (Block 3030) | 0 |
| 481130140013031 (Block 3031) | 0 |
| 481130140013032 (Block 3032) | 0 |
| 481130140013033 (Block 3033) | 0 |
| 481130140013034 (Block 3034) | 0 |
| 481130140013035 (Block 3035) | 0 |
| 481130140013036 (Block 3036) | 0 |
| 481130140013037 (Block 3037) | 0 |
| 481130140013038 (Block 3038) | 0 |
| 481130140013039 (Block 3039) | 0 |
| 481130140013040 (Block 3040) | 0 |
| 481130140021036 (Block 1036) | 0 |
| 481130140021038 (Block 1038) | 0 |
| 481130140021039 (Block 1039) | 0 |
| 481130140021040 (Block 1040) | 0 |
| 481130140021042 (Block 1042) | 0 |
| 481130140021047 (Block 1047) | 0 |
| 481130140021077 (Block 1077) | 0 |
| 481130140021081 (Block 1081) | 0 |
| 481130140021082 (Block 1082) | 0 |
| 481130140021083 (Block 1083) | 0 |
| 481130140021084 (Block 1084) | 0 |
| 481130140021085 (Block 1085) | 0 |
| 481130140021086 (Block 1086) | 0 |
| 481130140021087 (Block 1087) | 0 |

*Census block number 5002 is split between Districts 2 and 5. The block has 80 persons.   35 persons were allocated to District 2 and 45 persons were allocated to District 5.   The district totals above reflect those adjustments.   The block was split based upon the area proportion within each District.*
*GEOID: 481130138035008*



*Bickerstaff Heath Delgado Acosta LLP*

# City of Farmers Branch - 2010 Census VTD and Block Report

**Plan Name: Proposed Single Member District Plan**

**Adopted on: October 2, 2012**                                                                     10/1/2012

|  |  |
|---|---|
| 481130140021092 (Block 1092) | 0 |
| 481130140021093 (Block 1093) | 0 |

**1507**

| | |
|---|---|
| 481130140011000 (Block 1000) | 0 |
| 481130140011002 (Block 1002) | 0 |
| 481130140011003 (Block 1003) | 0 |
| 481130140011066 (Block 1066) | 0 |
| 481130140011067 (Block 1067) | 0 |
| 481130140011068 (Block 1068) | 0 |
| 481130140011069 (Block 1069) | 0 |
| 481130140014000 (Block 4000) | 0 |
| 481130140014012 (Block 4012) | 0 |
| 481130140014013 (Block 4013) | 0 |
| 481130140014023 (Block 4023) | 0 |
| 481130140014024 (Block 4024) | 0 |
| 481130140014029 (Block 4029) | 0 |
| 481130140014030 (Block 4030) | 0 |
| 481130140014036 (Block 4036) | 0 |
| 481130140014037 (Block 4037) | 0 |

**1510**

| | |
|---|---|
| 481130140011006 (Block 1006) | 0 |
| 481130140011056 (Block 1056) | 0 |
| 481130140011060 (Block 1060) | 0 |
| 481130140011061 (Block 1061) | 0 |
| 481130140011062 (Block 1062) | 0 |
| 481130140011063 (Block 1063) | 0 |
| 481130140011064 (Block 1064) | 0 |
| 481130140011065 (Block 1065) | 0 |
| 481130140011070 (Block 1070) | 0 |
| 481130140011071 (Block 1071) | 0 |
| 481130140011072 (Block 1072) | 0 |
| 481130140011073 (Block 1073) | 0 |
| 481130140011074 (Block 1074) | 0 |
| 481130140011075 (Block 1075) | 0 |
| 481130140011076 (Block 1076) | 0 |

Total Population:   5,784                    5,723

District:                              **4**                     Ideal:  Deviation: 1.1%

| **1   Precincts** | | **Population** |
|---|---|---|
| Dallas County (Part) | 481131508 (1508) | 1,181 |
| 481131508 (1508) | | 1,181 |

| **153** | | **Population** |
|---|---|---|
| Dallas County (Part) | 481130136163014 (Block 3014) | 4,603 |
| 1506 | | |
| 481130136163014 (Block 3014) | | 0 |

*Census block number 5002 is split between Districts 2 and 5. The block has 80 persons.   35 persons were allocated to District 2 and 45 persons were allocated to District 5.   The district totals above reflect those adjustments.   The block was split based upon the area proportion within each District.*
*GEOID: 481130138035008*
Page 7

*Bickerstaff Heath Delgado Acosta LLP*

autoBound

# City of Farmers Branch - 2010 Census VTD and Block Report

**Plan Name: Proposed Single Member District Plan**

**Adopted on: October 2, 2012**                                     10/1/2012

| | |
|---|---:|
| 481130136163015 (Block 3015) | 0 |
| 481130136163016 (Block 3016) | 0 |
| 481130136163017 (Block 3017) | 0 |
| 481130136163018 (Block 3018) | 0 |
| 481130136163019 (Block 3019) | 0 |
| 481130136163020 (Block 3020) | 0 |
| 481130136163021 (Block 3021) | 0 |
| 481130136163022 (Block 3022) | 0 |
| 481130136163023 (Block 3023) | 0 |
| 481130136163025 (Block 3025) | 0 |
| 481130136163026 (Block 3026) | 0 |
| 481130136163028 (Block 3028) | 0 |
| 481130136163029 (Block 3029) | 0 |
| 481130138035003 (Block 5003) | 0 |
| 481130138035022 (Block 5022) | 123 |
| 481130138035023 (Block 5023) | 24 |
| 481130138035024 (Block 5024) | 57 |
| 481130138035025 (Block 5025) | 18 |
| 481130138035026 (Block 5026) | 0 |
| 481130138061000 (Block 1000) | 0 |
| 481130138061001 (Block 1001) | 0 |
| 481130138061002 (Block 1002) | 0 |
| 481130138061003 (Block 1003) | 0 |
| 481130138061004 (Block 1004) | 0 |
| 481130138061005 (Block 1005) | 1,245 |
| 481130138061006 (Block 1006) | 145 |
| 481130138061007 (Block 1007) | 0 |
| 481130138061008 (Block 1008) | 0 |
| 481130138061009 (Block 1009) | 611 |
| 481130138061010 (Block 1010) | 1 |
| 481130138061011 (Block 1011) | 0 |
| 481130138061012 (Block 1012) | 0 |
| 481130138061016 (Block 1016) | 0 |
| 481130138061017 (Block 1017) | 1 |
| 481130138061018 (Block 1018) | 0 |
| 481130138061019 (Block 1019) | 0 |
| 481130138061020 (Block 1020) | 0 |
| 481130138061021 (Block 1021) | 0 |
| 481130138061022 (Block 1022) | 0 |
| 481130138061023 (Block 1023) | 0 |
| 481130138061024 (Block 1024) | 0 |
| 481130138061025 (Block 1025) | 0 |
| 481130138061026 (Block 1026) | 0 |
| 481130138061027 (Block 1027) | 0 |
| 481130138061028 (Block 1028) | 0 |
| 481130138062006 (Block 2006) | 0 |
| 481130138062007 (Block 2007) | 0 |
| 481130138062008 (Block 2008) | 0 |
| 481130138062009 (Block 2009) | 0 |
| 481130138062010 (Block 2010) | 0 |
| 481130138062011 (Block 2011) | 0 |

*Census block number 5002 is split between Districts 2 and 5. The block has 80 persons.   35 persons were allocated to District 2 and 45 persons were allocated to District 5.   The district totals above reflect those adjustments.   The block was split based upon the area proportion within each District.*
*GEOID: 481130138035008*
Page 8



autoBound
*Bickerstaff Heath Delgado Acosta LLP*

# City of Farmers Branch - 2010 Census VTD and Block Report

**Plan Name: Proposed Single Member District Plan**

**Adopted on: October 2, 2012**                                          10/1/2012

| | |
|---|---|
| 481130138062014 (Block 2014) | 0 |
| 481130138062015 (Block 2015) | 0 |
| 481130138062016 (Block 2016) | 0 |
| 481130138062018 (Block 2018) | 0 |
| 481130138062019 (Block 2019) | 0 |
| 481130138062020 (Block 2020) | 0 |
| 481130138062021 (Block 2021) | 0 |
| 481130138062022 (Block 2022) | 0 |
| 481130138062023 (Block 2023) | 0 |
| 481130138062024 (Block 2024) | 0 |
| 481130138062025 (Block 2025) | 0 |
| 481130138062026 (Block 2026) | 0 |
| 481130138062027 (Block 2027) | 0 |
| 481130138062028 (Block 2028) | 0 |
| 481130138062029 (Block 2029) | 0 |
| 481130138062030 (Block 2030) | 0 |
| 481130138062031 (Block 2031) | 0 |
| 481130138062032 (Block 2032) | 0 |
| 481130138062033 (Block 2033) | 0 |
| 481130138062034 (Block 2034) | 0 |
| 481130138062035 (Block 2035) | 0 |
| 481130138062036 (Block 2036) | 0 |
| 481130138062037 (Block 2037) | 0 |
| 481130138062038 (Block 2038) | 0 |
| 481130138062039 (Block 2039) | 0 |
| 481130138062040 (Block 2040) | 0 |
| 481130138062041 (Block 2041) | 0 |
| 481130138062042 (Block 2042) | 0 |
| 481130138062043 (Block 2043) | 0 |
| 481130138062044 (Block 2044) | 0 |
| 481130138062045 (Block 2045) | 0 |
| 481130138062046 (Block 2046) | 0 |
| 481130138062047 (Block 2047) | 0 |
| 481130138062048 (Block 2048) | 0 |
| 481130138062049 (Block 2049) | 0 |
| 481130138062050 (Block 2050) | 0 |
| 481130138062051 (Block 2051) | 0 |
| 481130138062052 (Block 2052) | 390 |
| 481130138062053 (Block 2053) | 0 |
| 481130138062054 (Block 2054) | 0 |
| 481130138062055 (Block 2055) | 0 |
| 481130138062056 (Block 2056) | 0 |
| 481130138062057 (Block 2057) | 0 |
| 481130138062058 (Block 2058) | 0 |
| 481130138062059 (Block 2059) | 0 |
| 481130138062060 (Block 2060) | 0 |
| 481130138062061 (Block 2061) | 0 |
| 481130138062062 (Block 2062) | 0 |
| 481130138062063 (Block 2063) | 0 |
| 481130138062064 (Block 2064) | 0 |
| 481130138062067 (Block 2067) | 0 |

*Census block number 5002 is split between Districts 2 and 5. The block has 80 persons.   35 persons were allocated to District 2 and 45 persons were allocated to District 5.   The district totals above reflect those adjustments.   The block was split based upon the area proportion within each District.*
*GEOID: 481130138035008*



*Bickerstaff Heath Delgado Acosta LLP*

# City of Farmers Branch - 2010 Census VTD and Block Report

**Plan Name: Proposed Single Member District Plan**

**Adopted on: October 2, 2012**                                    10/1/2012

|  |  |
|---|---|
| 481130138062068 (Block 2068) | 0 |
| 481130138062072 (Block 2072) | 0 |
| 481130138062073 (Block 2073) | 0 |
| 481130138062078 (Block 2078) | 0 |
| 481130138062079 (Block 2079) | 0 |
| 481130138062080 (Block 2080) | 0 |
| **1507** |  |
| 481130138041000 (Block 1000) | 0 |
| 481130138041001 (Block 1001) | 0 |
| 481130138041002 (Block 1002) | 0 |
| 481130138041003 (Block 1003) | 33 |
| 481130138041004 (Block 1004) | 0 |
| 481130138041005 (Block 1005) | 0 |
| 481130138041006 (Block 1006) | 0 |
| 481130138041007 (Block 1007) | 216 |
| 481130138041008 (Block 1008) | 44 |
| 481130138041009 (Block 1009) | 0 |
| 481130138041010 (Block 1010) | 16 |
| 481130138041011 (Block 1011) | 31 |
| 481130138041012 (Block 1012) | 17 |
| 481130138041013 (Block 1013) | 112 |
| 481130138041014 (Block 1014) | 65 |
| 481130138041015 (Block 1015) | 126 |
| 481130138041016 (Block 1016) | 164 |
| 481130138041017 (Block 1017) | 0 |
| 481130138041018 (Block 1018) | 0 |
| 481130138041019 (Block 1019) | 0 |
| 481130138041020 (Block 1020) | 0 |
| 481130138041021 (Block 1021) | 0 |
| 481130138041022 (Block 1022) | 0 |
| 481130138041023 (Block 1023) | 0 |
| 481130138042000 (Block 2000) | 0 |
| 481130138042001 (Block 2001) | 32 |
| 481130138042002 (Block 2002) | 64 |
| 481130138042003 (Block 2003) | 0 |
| 481130138042004 (Block 2004) | 24 |
| 481130138042005 (Block 2005) | 58 |
| 481130138042006 (Block 2006) | 117 |
| 481130138042007 (Block 2007) | 61 |
| 481130138042008 (Block 2008) | 58 |
| 481130138042009 (Block 2009) | 80 |
| 481130138042010 (Block 2010) | 97 |
| 481130138042011 (Block 2011) | 60 |
| 481130138042012 (Block 2012) | 54 |
| 481130138042013 (Block 2013) | 51 |
| 481130138042014 (Block 2014) | 79 |
| 481130138042015 (Block 2015) | 91 |
| 481130138042016 (Block 2016) | 39 |
| 481130138042017 (Block 2017) | 121 |
| 481130138042018 (Block 2018) | 78 |

*Census block number 5002 is split between Districts 2 and 5. The block has 80 persons.   35 persons were allocated to District 2 and 45 persons were allocated to District 5.   The district totals above reflect those adjustments.   The block was split based upon the area proportion within each District.*
GEOID: 481130138035008



*Bickerstaff Heath Delgado Acosta LLP*

# City of Farmers Branch - 2010 Census VTD and Block Report

**Plan Name: Proposed Single Member District Plan**

**Adopted on: October 2, 2012**                                                                                    10/1/2012

1510
    481130138041024 (Block 1024)                                                                    0

      Total Population:   5,762                          5,723

**District:**                                    **5**                        Ideal:  Deviation: 0.68%

| 85 | | **Population** |
|---|---|---|
| Dallas County (Part) | 481130137111000 (Block 1000) | 5,797 |
| 1500 | | |
| | 481130137111000 (Block 1000) | 72 |
| | 481130137111001 (Block 1001) | 57 |
| | 481130137111002 (Block 1002) | 38 |
| | 481130137111003 (Block 1003) | 534 |
| | 481130137111004 (Block 1004) | 0 |
| | 481130137111005 (Block 1005) | 0 |
| | 481130137111006 (Block 1006) | 0 |
| | 481130137111007 (Block 1007) | 98 |
| | 481130137111008 (Block 1008) | 78 |
| | 481130137111009 (Block 1009) | 76 |
| | 481130137121000 (Block 1000) | 66 |
| | 481130137121002 (Block 1002) | 89 |
| | 481130137121003 (Block 1003) | 71 |
| | 481130137121004 (Block 1004) | 80 |
| | 481130137121005 (Block 1005) | 80 |
| | 481130137121006 (Block 1006) | 116 |
| | 481130137121007 (Block 1007) | 92 |
| | 481130137121008 (Block 1008) | 74 |
| | 481130137121009 (Block 1009) | 27 |
| | 481130137121012 (Block 1012) | 119 |
| | 481130137121013 (Block 1013) | 77 |
| | 481130137121015 (Block 1015) | 47 |
| | 481130137121016 (Block 1016) | 131 |
| | 481130137122001 (Block 2001) | 196 |
| | 481130137122002 (Block 2002) | 104 |
| | 481130137122003 (Block 2003) | 149 |
| | 481130137122004 (Block 2004) | 112 |
| | 481130137122005 (Block 2005) | 145 |
| | 481130137122006 (Block 2006) | 178 |
| | 481130137122009 (Block 2009) | 84 |
| | 481130137122010 (Block 2010) | 70 |
| | 481130137122014 (Block 2014) | 28 |
| 1501 | | |
| | 481130137121001 (Block 1001) | 0 |
| | 481130138031000 (Block 1000) | 155 |
| | 481130138031001 (Block 1001) | 0 |
| | 481130138031002 (Block 1002) | 0 |
| | 481130138031003 (Block 1003) | 2 |
| | 481130138031004 (Block 1004) | 0 |

*Census block number 5002 is split between Districts 2 and 5.*
*The block has 80 persons.   35 persons were allocated to District*
*2 and 45 persons were allocated to District 5.   The district totals*
*above reflect those adjustments.   The block was split based*
*upon the area proportion within each District.*
*GEOID: 481130138035008*



*Bickerstaff Heath Delgado Acosta LLP*

# City of Farmers Branch - 2010 Census VTD and Block Report

**Plan Name: Proposed Single Member District Plan**

**Adopted on: October 2, 2012**                                         10/1/2012

| | |
|---|---|
| 481130138031005 (Block 1005) | 186 |
| 481130138031006 (Block 1006) | 1 |
| 481130138031007 (Block 1007) | 3 |
| 481130138031008 (Block 1008) | 0 |
| 481130138031009 (Block 1009) | 7 |
| 481130138031010 (Block 1010) | 5 |
| 481130138031011 (Block 1011) | 339 |
| 481130138031012 (Block 1012) | 0 |
| 481130138031013 (Block 1013) | 0 |
| 481130138031014 (Block 1014) | 0 |
| 481130138031015 (Block 1015) | 0 |
| 481130138031016 (Block 1016) | 0 |
| 481130138031017 (Block 1017) | 62 |
| 481130138031018 (Block 1018) | 88 |
| 481130138031019 (Block 1019) | 0 |
| 481130138031020 (Block 1020) | 0 |
| 481130138032000 (Block 2000) | 392 |
| 481130138032001 (Block 2001) | 0 |
| 481130138032002 (Block 2002) | 44 |
| 481130138032003 (Block 2003) | 0 |
| 481130138032004 (Block 2004) | 67 |
| 481130138032005 (Block 2005) | 26 |
| 481130138032006 (Block 2006) | 0 |
| 481130138032007 (Block 2007) | 337 |
| 481130138032008 (Block 2008) | 31 |
| 481130138032009 (Block 2009) | 65 |
| 481130138032010 (Block 2010) | 45 |
| 481130138032011 (Block 2011) | 3 |
| 481130138032012 (Block 2012) | 95 |
| 481130138032013 (Block 2013) | 41 |
| 481130138033000 (Block 3000) | 33 |
| 481130138033001 (Block 3001) | 270 |
| 481130138033002 (Block 3002) | 21 |
| 481130138033003 (Block 3003) | 37 |
| 481130138033004 (Block 3004) | 114 |
| 481130138033005 (Block 3005) | 0 |
| 481130138033008 (Block 3008) | 11 |
| 481130138033009 (Block 3009) | 12 |
| 481130138033010 (Block 3010) | 16 |

1506
| | | |
|---|---|---|
| 481130138035000 (Block 5000) | | 0 |
| 481130138035001 (Block 5001) | | 0 |
| 481130138035002 (Block 5002) | This block is split with District 2 | 80 |
| 481130138035006 (Block 5006) | | 0 |
| 481130138035007 (Block 5007) | | 0 |
| 481130138061013 (Block 1013) | | 100 |
| 481130138061014 (Block 1014) | | 21 |
| 481130138061015 (Block 1015) | | 0 |

*Census block number 5002 is split between Districts 2 and 5. The block has 80 persons.   35 persons were allocated to District 2 and 45 persons were allocated to District 5.   The district totals above reflect those adjustments.   The block was split based upon the area proportion within each District.*
GEOID: 481130138035008
Page 12



*Bickerstaff Heath Delgado Acosta LLP*

**EXHIBIT B**

City of Farmers Branch
Proposed Single Member District Plan
Total, Voting Age and Citizen Voting Age Population with 2012 Spanish and Non-Spanish Surname Registered Voters

| Proposed Single Member District Plan | | Percent |
|---|---|---|
| Total Population | 5,617 | |
| Hispanic Population | 4,445 | 79.13% |
| Non-Hispanic Population | 1,172 | 20.87% |
| | | |
| Total Voting Age Population | 3,716 | |
| Hispanic Voting Age Population | 2,781 | 74.84% |
| Non-Hispanic Voting Age Population | 935 | 25.16% |
| | | |
| Total Citizen Voting Age Population | 1,914 | |
| Hispanic Citizen Voting Age Population | 1,041 | 54.39% |
| Non-Hispanic Citizen Voting Age Population | 873 | 45.61% |
| | | |
| Total Registered Voters - April 2012 | 1,927 | |
| Spanish Surname Registered Voters - April 2012 | 830 | 43.07% |
| Non-Spanish Surname Registered Voters - April 2012 | 1,097 | 56.93% |
| | | |
| Number of Children (Under 18 ) | 1,901 | |
| Number of Adult Non-Citizens | 1,802 | |

Total, Hispanic and Non-Hispanic CVAP obtained from the ACS 2006-2010 Special Tabulation File.

City of Farmers Branch
Plaintiffs' Districts 1 Through 4
Total, Voting Age and Citizen Voting Age Population with 2012 Spanish and Non-Spanish Surname Registered Voters

**Illustrative District 1**

| | | Percent |
|---|---|---|
| Total Population | 5,724 | |
| Hispanic Population | 4,477 | 78.21% |
| Non-Hispanic Population | 1,247 | 21.79% |
| Total Voting Age Population | 3,786 | |
| Hispanic Voting Age Population | 2,788 | 73.64% |
| Non-Hispanic Voting Age Population | 998 | 26.36% |
| Total Citizen Voting Age Population | 2,128 | |
| Hispanic Citizen Voting Age Population | 1,129 | 53.05% |
| Non-Hispanic Citizen Voting Age Population | 999 | 46.95% |
| Total Registered Voters - April 2012 | 1,777 | |
| Spanish Surname Registered Voters - April 2012 | 832 | 46.82% |
| Non-Spanish Surname Registered Voters - April 2012 | 945 | 53.18% |
| Number of Children (Under 18 ) | 1,938 | |
| Number of Adult Non-Citizens | 1,658 | |

**Illustrative District 2**

| | | Percent |
|---|---|---|
| Total Population | 5,720 | |
| Hispanic Population | 4,494 | 78.57% |
| Non-Hispanic Population | 1,226 | 21.43% |
| Total Voting Age Population | 3,750 | |
| Hispanic Voting Age Population | 2,781 | 74.16% |
| Non-Hispanic Voting Age Population | 969 | 25.84% |
| Total Citizen Voting Age Population | 2,153 | |
| Hispanic Citizen Voting Age Population | 1,138 | 52.86% |
| Non-Hispanic Citizen Voting Age Population | 1,015 | 47.14% |
| Total Registered Voters - April 2012 | 1,642 | |
| Spanish Surname Registered Voters - April 2012 | 745 | 45.37% |
| Non-Spanish Surname Registered Voters - April 2012 | 897 | 54.63% |
| Number of Children (Under 18 ) | 1,970 | |
| Number of Adult Non-Citizens | 1,597 | |

**Illustrative District 3**

| | | Percent |
|---|---|---|
| Total Population | 5,722 | |
| Hispanic Population | 4,613 | 80.62% |
| Non-Hispanic Population | 1,109 | 19.38% |
| Total Voting Age Population | 3,710 | |
| Hispanic Voting Age Population | 2,840 | 76.55% |
| Non-Hispanic Voting Age Population | 870 | 23.45% |
| Total Citizen Voting Age Population | 2,073 | |
| Hispanic Citizen Voting Age Population | 1,138 | 54.90% |
| Non-Hispanic Citizen Voting Age Population | 935 | 45.10% |
| Total Registered Voters - April 2012 | 1571 | |
| Spanish Surname Registered Voters - April 2012 | 756 | 48.12% |
| Non-Spanish Surname Registered Voters -April 2012 | 815 | 51.88% |
| Number of Children (Under 18 ) | 2,012 | |
| Number of Adult Non-Citizens | 1,637 | |

**Illustrative District 4**

| | | Percent |
|---|---|---|
| Total Population | 5,767 | |
| Hispanic Population | 4,563 | 79.12% |
| Non-Hispanic Population | 1,204 | 20.88% |
| Total Voting Age Population | 3,830 | |
| Hispanic Voting Age Population | 2,858 | 74.62% |
| Non-Hispanic Voting Age Population | 972 | 25.38% |
| Total Citizen Voting Age Population | 2,010 | |
| Hispanic Citizen Voting Age Population | 1,079 | 53.68% |
| Non-Hispanic Citizen Voting Age Population | 931 | 46.32% |
| Total Registered Voters - April 2012 | 1,794 | |
| Spanish Surname Registered Voters - April 2012 | 895 | 49.89% |
| Non-Spanish Surname Registered Voters - April 2012 | 899 | 50.11% |
| Number of Children (Under 18 ) | 1,937 | |
| Number of Adult Non-Citizens | 1,820 | |

Total, Hispanic and Non-Hispanic CVAP obtained from the ACS 2006-2010 Special Tabulation File.