**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **MARIA FABELA, ALFONSO BALADEZ,** § | |
| **AMELIA BALADEZ, MARIA BALADEZ,** § | |
| **MARIA JACOBO, ANTONIO REYES,** § | |
| **MARIA REYES, DIANA ROSAS,** § | |
| **LETICIA TORRES, AND JOSE** § | |
| **VILLANEDA,** § | |
| § | |
| **Plaintiffs** § | |
| § | |
| **v.** § | **CIVIL ACTION NO. 3:10-CV-1425-D** |
| § | |
| **CITY OF FARMERS BRANCH, TEXAS,** § | |
| **AND TIM O'HARE, HAROLD** § | |
| **FROELICH, MICHELLE HOLMES,** § | |
| **DAVID KOCH, BEN ROBINSON, AND** § | |
| **TIM SCOTT, in their official capacities,** § | |
| § | |
| **Defendants** § | |

## JUDGMENT

This matter came on for trial before the court, and the court, after considering the

testimony and arguments presented, entered its Memorandum Opinion and Order of August 2,

2012.   In that Memorandum Opinion and Order, which constituted the court's findings and

conclusions, the court found that the at-large system of electing members of the Farmers Branch

City Council violates section 2 of the Voting Rights Act, 42 U.S.C. § 1973.   The court ordered

the defendants to develop a plan to remedy the violation, and the defendants timely presented a

single-member district plan for the court's consideration.   The court afforded the plaintiffs 30

days to file objections to the proposed plan, but no objections were filed.   On November 27,

2012, the court ordered the defendants to seek preclearance of the proposed plan as required by

section 5 of the Voting Rights Act, 42 U.S.C. § 1973c.   Pursuant to the court's order and to

section 5 of the Voting Rights Act, the City of Farmers Branch submitted the plan to the Attorney General of the United States for his review.   On January 31, 2013, the Attorney General, fulfilling his review duties under section 5 of the Voting Rights Act, indicated that he would not interpose an objection to the plan.   Accordingly, it is

**ORDERED, ADJUDGED, AND DECREED** that:

1. The existing at-large election system of the City of Farmers Branch, Texas, is found to violate section 2 of the Voting Rights Act, 42 U.S.C. § 1973; and

2. The City of Farmers Branch, Texas, is directed to utilize the single-member district plan described in Attachment A to this Judgment for elections in 2013 and subsequent years, provided, however, that the City of Farmers Branch is not precluded from amending the plan set out in Attachment A to reflect annexations, deannexations, and population changes reflected in the decennial census.   Provided, further, the City is not precluded from amending its election system pursuant to state law and the city charter so long as any amendment is consistent with the requirements of the Voting Rights Act; and

3. The plaintiffs, Maria Fabela, Alfonso Baladez, Amelia Baladez, Maria Baladez, Maria Jacobo, Antonio Reyes, Maria Reyes, Diana Rosas, Letica Torres, and Jose Villaneda, recover costs from the defendant, City of Farmers Branch, Texas; and

4. The question of attorney's fees is reserved for consideration pursuant to Rule 54(d)(2).

Done at Dallas, Texas January 31, 2013.



_____
SIDNEY A. FITZWATER
CHIEF JUDGE

AGREED AS TO FORM BY:

**BICKERSTAFF HEATH
DELGADO ACOSTA LLP**
3711 S. MoPac Expressway
Building One, Suite 300
Austin, Texas 78746
Telephone:  (512) 472-8021
Facsimile:  (512) 320-5638


By:    /s/ *C. Robert Heath*
       C. ROBERT HEATH
       bheath@bickerstaff.com

       JOHN CLARK LONG IV
       jlong@bickerstaff.com
       **BICKERSTAFF HEATH
       DELGADO ACOSTA LLP**
       1700 Pacific Avenue, Suite 4501
       Dallas, Texas 75201
       Telephone:  (214) 397-0390
       Facsimile:  (214) 397-0389




**BICKEL & BREWER**
1717 Main Street, Suite 4800
Dallas, Texas 75201


By:    /s/ *Nathan D. Pearman*
       WILLIAM A. BREWER III
       wab@bickelbrewer.com
       NATHAN D. PEARMAN
       ndp@bickelbrewer.com

**THE TEETER LAW FIRM**
Republic Center, Suite 2240
325 North St. Paul
Dallas, Texas 75201


By: ____/s/ *Greggory A. Teeter*_____
     GREGGORY A. TEETER
     gteeter@teeterlawfirm.com
     JENNINE R. LUNCEFORD
     jlunceford@teeterlawfirm.com

# EXHIBIT A



City of Farmers Branch
Proposed Single Member District Plan
Legend
Farmers Branch - Proposed Single Member District Plan
1
2
3
4
5
FarmersBranchCi_SMD_Green_LIt_ProposedSMDPlan
Adopted October 2, 2012
© 2012 Bickerstaff Heath Delgado Acosta LLP
Data Source: Roads, Water and other features obtained from the 2010 Tiger/line files, U.S. Census Bureau
Coordinate System: GCS North American 1983;
Datum: North American 1983; Created:10/4/12
0
0.375
0.75
1.5
Miles
35
635
161
Lyndon B Johnson Fwy
N Stemmons Fwy
Harry Hines Blvd
Valwood Pkwy
Webb Chapel Rd
Marsh Ln
Midway Rd
Josey Ln
Denton Dr
President George Bush Tpke
Luna Rd
Belt Line Rd
Valley View Ln
Spring Valley Rd
Alpha Rd
Welch Rd
Royal Ln
Inwood Rd
Dallas Pkwy

# City of Farmers Branch

## Proposed Single Member District Plan

### Summary 2010 Census Total and Voting Age Population

| District | Persons | Deviation | Hispanic % of Total Population | Non-Hispanic Anglo % of Total Population | Non-Hispanic Black % of Total Population | Non-Hispanic Asian % of Total Population | Non-Hispanic Other % of Total Population |
|---|---|---|---|---|---|---|---|
| 1 | 5,617 | -1.85% | 79.13% | 16.09% | 2.17% | 1.57% | 1.03% |
| 2 | 5,871 | 2.59% | 44.00% | 51.12% | 1.70% | 1.65% | 1.53% |
| 3 | 5,582 | -2.46% | 36.55% | 52.01% | 4.05% | 5.75% | 1.65% |
| 4 | 5,784 | 1.07% | 26.37% | 52.23% | 9.30% | 9.80% | 2.30% |
| 5 | 5,762 | 0.68% | 41.50% | 48.92% | 5.10% | 2.83% | 1.65% |
| **Totals** | **28,616** | | **45.37%** | **44.20%** | **4.47%** | **4.32%** | **1.64%** |

Ideal Size = 28,616 / 5 = 5,723 per district.

Total Maximum Deviation = 2.59% - (-2.46%) = 5.05%

Some percentages may be subject to rounding error.  Includes split block allocation.

| District | Total VAP* | | Hispanic % of Total VAP | Non-Hispanic Anglo % of Total VAP | Non-Hispanic Black % of Total VAP | Non-Hispanic Asian % of Total VAP | Non-Hispanic Other % of Total VAP |
|---|---|---|---|---|---|---|---|
| 1 | 3,716 | | 74.84% | 20.53% | 1.91% | 1.83% | 0.89% |
| 2 | 4,468 | | 36.44% | 59.04% | 1.50% | 1.75% | 1.28% |
| 3 | 4,440 | | 30.52% | 57.39% | 4.30% | 6.40% | 1.40% |
| 4 | 4,793 | | 21.78% | 56.83% | 9.26% | 10.08% | 2.04% |
| 5 | 4,359 | | 34.23% | 56.46% | 4.66% | 3.12% | 1.54% |
| **Totals** | **21,776** | | **38.12%** | **51.13%** | **4.48%** | **4.82%** | **1.46%** |

*Voting Age Population

Some percentages may be subject to rounding error.

10/1/2012

# City of Farmers Branch

## Proposed Single Member District Plan

### Detailed 2010 Census Total and Voting Age Population

| District | Persons | Ideal Size | Deviation | Hispanic | % of Total Hispanic Population | Anglo | % of Total Anglo Population | Black | % of Total Black Population | American Indian | % of Total American Indian Population | Asian | % of Total Asian Population | Hawaiian-Pacific Islander | % of Total Hawaiian Pacific Islander Population | Other | % of Total Other Population | Two or More | % of Total Two or More Population |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 5,617 | 5,723 | -1.85% | 4,445 | 79.13% | 904 | 16.09% | 122 | 2.17% | 19 | 0.34% | 88 | 1.57% | 0 | 0.00% | 4 | 0.07% | 35 | 0.62% |
| 2 | 5,871 | 5,723 | 2.59% | 2,583 | 44.00% | 3,001 | 51.12% | 100 | 1.70% | 23 | 0.39% | 97 | 1.65% | 0 | 0.00% | 10 | 0.17% | 57 | 0.97% |
| 3 | 5,582 | 5,723 | -2.46% | 2,040 | 36.55% | 2,903 | 52.01% | 226 | 4.05% | 17 | 0.30% | 321 | 5.75% | 0 | 0.00% | 11 | 0.20% | 64 | 1.15% |
| 4 | 5,784 | 5,723 | 1.07% | 1,525 | 26.37% | 3,021 | 52.23% | 538 | 9.30% | 14 | 0.24% | 567 | 9.80% | 2 | 0.03% | 10 | 0.17% | 107 | 1.85% |
| 5 | 5,762 | 5,723 | 0.68% | 2,391 | 41.50% | 2,819 | 48.92% | 294 | 5.10% | 20 | 0.35% | 163 | 2.83% | 0 | 0.00% | 2 | 0.03% | 73 | 1.27% |
| Totals | 28,616 | | | 12,984 | 45.37% | 12,648 | 44.20% | 1,280 | 4.47% | 93 | 0.32% | 1,236 | 4.32% | 2 | 0.01% | 37 | 0.13% | 336 | 1.17% |

**Ideal Size = 28,616 / 5 = 5,723 per district.**

Some percentages may be subject to rounding error.  Includes split block allocation.

| District | Total VAP* | Hispanic VAP | % of Total Hispanic VAP | Anglo VAP | % of Total Anglo VAP | Black VAP | % of Total Black VAP | American Indian VAP | % of Total American Indian VAP | Asian VAP | % of Total Asian VAP | Hawaiian-Pacific Islander VAP | % of Total Hawaiian-Pacific Islander VAP | Other VAP | % of Total Other VAP | Two or More VAP | % of Total Two or More VAP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 3,716 | 2,781 | 74.84% | 763 | 20.53% | 71 | 1.91% | 14 | 0.38% | 68 | 1.83% | 0 | 0.00% | 1 | 0.03% | 18 | 0.48% |
| 2 | 4,468 | 1,628 | 36.44% | 2,638 | 59.04% | 67 | 1.50% | 20 | 0.45% | 78 | 1.75% | 0 | 0.00% | 6 | 0.13% | 31 | 0.69% |
| 3 | 4,440 | 1,355 | 30.52% | 2,548 | 57.39% | 191 | 4.30% | 12 | 0.27% | 284 | 6.40% | 0 | 0.00% | 8 | 0.18% | 42 | 0.95% |
| 4 | 4,793 | 1,044 | 21.78% | 2,724 | 56.83% | 444 | 9.26% | 13 | 0.27% | 483 | 10.08% | 2 | 0.04% | 6 | 0.13% | 77 | 1.61% |
| 5 | 4,359 | 1,492 | 34.23% | 2,461 | 56.46% | 203 | 4.66% | 18 | 0.41% | 136 | 3.12% | 0 | 0.00% | 2 | 0.05% | 47 | 1.08% |
| Totals | 21,776 | 8,300 | 38.12% | 11,134 | 51.13% | 976 | 4.48% | 77 | 0.35% | 1,049 | 4.82% | 2 | 0.01% | 23 | 0.11% | 215 | 0.99% |

*Voting Age Population

Some percentages may be subject to rounding error.

1/30/2013

# City of Farmers Branch - 2010 Census VTD and Block Report

**Plan Name: Proposed Single Member District Plan**

**Adopted on: October 2, 2012**                                                                10/1/2012

|  |  |  |
|---|---|---|
| Total Population: | 5,617 | 5,723 |

District: **1**                                             Ideal:   Deviation:-1.9%

| **3   Precincts** | | **Population** |
|---|---|---|
| Dallas County (Part) | 481131400 (1400) | 3,477 |
| 481131400 (1400) | | 0 |
| 481131502 (1502) | | 3,443 |
| 481131509 (1509) | | 34 |

| **53** | | **Population** |
|---|---|---|
| Dallas County (Part) | 481130137112000 (Block 2000) | 2,140 |
| 1500 | | |
| 481130137112000 (Block 2000) | | 80 |
| 481130137112001 (Block 2001) | | 39 |
| 481130137112002 (Block 2002) | | 1,210 |
| 481130137112003 (Block 2003) | | 504 |
| 481130137112004 (Block 2004) | | 0 |
| 481130137112005 (Block 2005) | | 81 |
| 481130137112006 (Block 2006) | | 0 |
| 481130137112007 (Block 2007) | | 0 |
| 1503 | | |
| 481130139021013 (Block 1013) | | 93 |
| 481130139021016 (Block 1016) | | 0 |
| 481130139021017 (Block 1017) | | 0 |
| 481130139021018 (Block 1018) | | 0 |
| 481130139021019 (Block 1019) | | 0 |
| 481130139021020 (Block 1020) | | 0 |
| 481130139021021 (Block 1021) | | 0 |
| 481130139021022 (Block 1022) | | 0 |
| 481130139021023 (Block 1023) | | 0 |
| 481130139021024 (Block 1024) | | 133 |
| 481130139021025 (Block 1025) | | 0 |
| 481130139021026 (Block 1026) | | 0 |
| 481130139021027 (Block 1027) | | 0 |
| 1504 | | |
| 481130140021027 (Block 1027) | | 0 |
| 481130140021037 (Block 1037) | | 0 |
| 481130140021041 (Block 1041) | | 0 |
| 481130140021043 (Block 1043) | | 0 |
| 481130140021044 (Block 1044) | | 0 |
| 481130140021045 (Block 1045) | | 0 |
| 481130140021046 (Block 1046) | | 0 |
| 481130140021048 (Block 1048) | | 0 |
| 481130140021049 (Block 1049) | | 0 |
| 481130140021050 (Block 1050) | | 0 |
| 481130140021051 (Block 1051) | | 0 |
| 481130140021055 (Block 1055) | | 0 |

*Census block number 5002 is split between Districts 2 and 5.*
*The block has 80 persons.   35 persons were allocated to District*
*2 and 45 persons were allocated to District 5.   The district totals*
*above reflect those adjustments.   The block was split based*
*upon the area proportion within each District.*
*GEOID: 481130138035008*



*Bickerstaff Heath Delgado Acosta LLP*

# City of Farmers Branch - 2010 Census VTD and Block Report

**Plan Name: Proposed Single Member District Plan**

**Adopted on: October 2, 2012**                                        10/1/2012

| | |
|---|---|
| 481130140021056 (Block 1056) | 0 |
| 481130140021057 (Block 1057) | 0 |
| 481130140021058 (Block 1058) | 0 |
| 481130140021059 (Block 1059) | 0 |
| 481130140021060 (Block 1060) | 0 |
| | |
| 481130140021061 (Block 1061) | 0 |
| 481130140021062 (Block 1062) | 0 |
| 481130140021063 (Block 1063) | 0 |
| 481130140021068 (Block 1068) | 0 |
| 481130140021069 (Block 1069) | 0 |
| 481130140021070 (Block 1070) | 0 |
| 481130140021071 (Block 1071) | 0 |
| 481130140021072 (Block 1072) | 0 |
| 481130140021073 (Block 1073) | 0 |
| 481130140021074 (Block 1074) | 0 |
| 481130140021075 (Block 1075) | 0 |
| 481130140021076 (Block 1076) | 0 |
| 481130140021096 (Block 1096) | 0 |
| 481130140021097 (Block 1097) | 0 |
| 481130140021099 (Block 1099) | 0 |

Total Population:  5,871                5,723

District:                    **2**                      Ideal:   Deviation: 2.59%

**118**                                                              **Population**
Dallas County (Part)          481130137122011 (Block 2011)             5,836
    1500
        481130137122011 (Block 2011)                                     90
        481130137122012 (Block 2012)                                     86

    1501
        481130137121010 (Block 1010)                                      0
        481130137121011 (Block 1011)                                      0
        481130137121014 (Block 1014)                                      0
        481130137122000 (Block 2000)                                      0
        481130137122007 (Block 2007)                                      0
        481130137122008 (Block 2008)                                      0
        481130137122013 (Block 2013)                                      0
        481130138033006 (Block 3006)                                    159
        481130138033007 (Block 3007)                                     20
        481130138034000 (Block 4000)                                      0
        481130138034001 (Block 4001)                                      0
        481130138034002 (Block 4002)                                     44
        481130138034003 (Block 4003)                                     37
        481130138034004 (Block 4004)                                    155
        481130138034005 (Block 4005)                                     38
        481130138034006 (Block 4006)                                      0
        481130138034011 (Block 4011)                                      0
        481130139023000 (Block 3000)                                      0
        481130139023005 (Block 3005)                                      0

*Census block number 5002 is split between Districts 2 and 5.*
*The block has 80 persons.   35 persons were allocated to District*
*2 and 45 persons were allocated to District 5.   The district totals*
*above reflect those adjustments.   The block was split based*
*upon the area proportion within each District.*
*GEOID: 481130138035008*



*Bickerstaff Heath Delgado Acosta LLP*

**Plan Name: Proposed Single Member District Plan**

**Adopted on: October 2, 2012**                                                    10/1/2012

| | |
|---|---|
| 481130139023006 (Block 3006) | 0 |
| 481130139023009 (Block 3009) | 0 |
| 481130139023010 (Block 3010) | 0 |
| 481130139023012 (Block 3012) | 0 |
| 481130139024000 (Block 4000) | 0 |

1503

| | |
|---|---|
| 481130139021000 (Block 1000) | 0 |
| 481130139021001 (Block 1001) | 0 |
| 481130139021002 (Block 1002) | 0 |
| | |
| 481130139021003 (Block 1003) | 0 |
| 481130139021004 (Block 1004) | 0 |
| 481130139021005 (Block 1005) | 168 |
| 481130139021006 (Block 1006) | 0 |
| 481130139021007 (Block 1007) | 0 |
| 481130139021008 (Block 1008) | 103 |
| 481130139021009 (Block 1009) | 94 |
| 481130139021010 (Block 1010) | 68 |
| 481130139021011 (Block 1011) | 99 |
| 481130139021012 (Block 1012) | 109 |
| 481130139021014 (Block 1014) | 65 |
| 481130139021015 (Block 1015) | 0 |
| 481130139021031 (Block 1031) | 91 |
| 481130139021032 (Block 1032) | 108 |
| 481130139023001 (Block 3001) | 7 |
| 481130139023002 (Block 3002) | 0 |
| 481130139023003 (Block 3003) | 133 |
| 481130139023004 (Block 3004) | 121 |
| 481130139023007 (Block 3007) | 129 |
| 481130139023008 (Block 3008) | 138 |
| 481130139023011 (Block 3011) | 125 |
| 481130139023013 (Block 3013) | 0 |
| 481130139023014 (Block 3014) | 32 |
| 481130139023015 (Block 3015) | 89 |
| 481130139023016 (Block 3016) | 79 |
| 481130139023017 (Block 3017) | 110 |
| 481130139023018 (Block 3018) | 74 |
| 481130139023019 (Block 3019) | 66 |
| 481130139023020 (Block 3020) | 39 |
| 481130139023025 (Block 3025) | 0 |
| 481130139024001 (Block 4001) | 0 |
| 481130139024002 (Block 4002) | 0 |
| 481130139024003 (Block 4003) | 26 |
| 481130139024004 (Block 4004) | 47 |
| 481130139024005 (Block 4005) | 29 |
| 481130139024009 (Block 4009) | 258 |
| 481130139024010 (Block 4010) | 0 |
| 481130139024011 (Block 4011) | 35 |
| 481130139024012 (Block 4012) | 54 |
| 481130139024013 (Block 4013) | 93 |
| 481130139024014 (Block 4014) | 117 |

*Census block number 5002 is split between Districts 2 and 5. The block has 80 persons.   35 persons were allocated to District 2 and 45 persons were allocated to District 5.   The district totals above reflect those adjustments.   The block was split based upon the area proportion within each District.*
*GEOID: 481130138035008*



*Bickerstaff Heath Delgado Acosta LLP*

# City of Farmers Branch – 2010 Census VTD and Block Report

**Plan Name: Proposed Single Member District Plan**

**Adopted on: October 2, 2012**                                                     10/1/2012

| | |
|---|---|
| 481130139024019 (Block 4019) | 60 |
| 481130139024024 (Block 4024) | 47 |

**1506**

| | |
|---|---|
| 481130138034007 (Block 4007) | 0 |
| 481130138034008 (Block 4008) | 74 |
| 481130138034009 (Block 4009) | 6 |
| 481130138034010 (Block 4010) | 41 |
| 481130138034012 (Block 4012) | 12 |
| 481130138034013 (Block 4013) | 31 |
| 481130138034014 (Block 4014) | 62 |
| 481130138034015 (Block 4015) | 8 |
| 481130138034016 (Block 4016) | 27 |
| 481130138034017 (Block 4017) | 4 |
| 481130138034018 (Block 4018) | 11 |
| 481130138034019 (Block 4019) | 58 |
| 481130138035004 (Block 5004) | 26 |
| 481130138035005 (Block 5005) | 45 |
| 481130138035008 (Block 5008) | 90 |
| 481130138035009 (Block 5009) | 136 |
| 481130138035010 (Block 5010) | 23 |
| 481130138035011 (Block 5011) | 16 |
| 481130138035012 (Block 5012) | 28 |
| 481130138035013 (Block 5013) | 44 |
| 481130138035014 (Block 5014) | 42 |
| 481130138035015 (Block 5015) | 45 |
| 481130138035016 (Block 5016) | 73 |
| 481130138035017 (Block 5017) | 62 |
| 481130138035018 (Block 5018) | 87 |
| 481130138035019 (Block 5019) | 20 |
| 481130138035020 (Block 5020) | 51 |
| 481130138035021 (Block 5021) | 32 |
| 481130138036000 (Block 6000) | 97 |
| 481130138036001 (Block 6001) | 133 |
| 481130138036002 (Block 6002) | 113 |
| 481130138036003 (Block 6003) | 215 |
| 481130138036004 (Block 6004) | 130 |
| 481130138036005 (Block 6005) | 113 |
| 481130138036006 (Block 6006) | 125 |
| 481130138036007 (Block 6007) | 98 |
| 481130138036008 (Block 6008) | 63 |
| 481130138036009 (Block 6009) | 84 |
| 481130138036010 (Block 6010) | 69 |
| 481130139024006 (Block 4006) | 0 |
| 481130139024007 (Block 4007) | 0 |
| 481130139024008 (Block 4008) | 0 |
| 481130139024020 (Block 4020) | 0 |
| 481130139024021 (Block 4021) | 0 |
| 481130139024022 (Block 4022) | 0 |
| 481130139024023 (Block 4023) | 0 |

*Census block number 5002 is split between Districts 2 and 5. The block has 80 persons. 35 persons were allocated to District 2 and 45 persons were allocated to District 5. The district totals above reflect those adjustments. The block was split based upon the area proportion within each District.*
*GEOID: 481130138035008*



*Bickerstaff Heath Delgado Acosta LLP*

Page 4

# City of Farmers Branch - 2010 Census VTD and Block Report

**Plan Name: Proposed Single Member District Plan**

**Adopted on: October 2, 2012**                                    10/1/2012

|  |  |  |  |
|---|---|---|---|
| Total Population: | 5,582 | 5,723 | |
| District: | **3** | | Ideal: Deviation:-2.5% |

| **2   Precincts** | | **Population** |
|---|---|---|
| Dallas County (Part) | 481131505 (1505) | 4,285 |
| 481131505 (1505) | | 3,551 |
| 481131511 (1511) | | 734 |

| **119** | | **Population** |
|---|---|---|
| Dallas County (Part) | 481130139021028 (Block 1028) | 1,297 |
| 1503 | | |
| 481130139021028 (Block 1028) | | 0 |
| 481130139021029 (Block 1029) | | 0 |
| 481130139021030 (Block 1030) | | 0 |
| 481130139021033 (Block 1033) | | 0 |
| 481130139022000 (Block 2000) | | 138 |
| 481130139022001 (Block 2001) | | 140 |
| 481130139022002 (Block 2002) | | 112 |
| 481130139022003 (Block 2003) | | 97 |
| 481130139022004 (Block 2004) | | 95 |
| 481130139022005 (Block 2005) | | 93 |
| 481130139022006 (Block 2006) | | 117 |
| 481130139022007 (Block 2007) | | 0 |
| 481130139022008 (Block 2008) | | 0 |
| 481130139022009 (Block 2009) | | 50 |
| 481130139022010 (Block 2010) | | 46 |
| 481130139022011 (Block 2011) | | 0 |
| 481130139022012 (Block 2012) | | 1 |
| 481130139022013 (Block 2013) | | 57 |
| 481130139023021 (Block 3021) | | 0 |
| 481130139023022 (Block 3022) | | 0 |
| 481130139023023 (Block 3023) | | 0 |
| 481130139023024 (Block 3024) | | 0 |
| 481130139024015 (Block 4015) | | 38 |
| 481130139024016 (Block 4016) | | 0 |
| 481130139024017 (Block 4017) | | 0 |
| 481130139024018 (Block 4018) | | 0 |
| 481130139024025 (Block 4025) | | 119 |
| 481130139024026 (Block 4026) | | 42 |
| 1504 | | |
| 481130140011028 (Block 1028) | | 0 |
| 481130140011029 (Block 1029) | | 0 |
| 481130140011030 (Block 1030) | | 0 |
| 481130140011031 (Block 1031) | | 0 |
| 481130140011032 (Block 1032) | | 0 |
| 481130140011033 (Block 1033) | | 0 |
| 481130140011034 (Block 1034) | | 0 |

*Census block number 5002 is split between Districts 2 and 5.*
*The block has 80 persons.   35 persons were allocated to District*
*2 and 45 persons were allocated to District 5.   The district totals*
*above reflect those adjustments.   The block was split based*
*upon the area proportion within each District.*
*GEOID: 481130138035008*



*Bickerstaff Heath Delgado Acosta LLP*

# City of Farmers Branch – 2010 Census VTD and Block Report

**Plan Name: Proposed Single Member District Plan**

**Adopted on: October 2, 2012**                                                        10/1/2012

| | |
|---|---|
| 481130140011037 (Block 1037) | 0 |
| 481130140011050 (Block 1050) | 0 |
| 481130140013000 (Block 3000) | 0 |
| 481130140013001 (Block 3001) | 0 |
| 481130140013002 (Block 3002) | 0 |
| 481130140013003 (Block 3003) | 0 |
| 481130140013004 (Block 3004) | 0 |
| 481130140013005 (Block 3005) | 0 |
| 481130140013006 (Block 3006) | 0 |
| 481130140013007 (Block 3007) | 0 |
| 481130140013008 (Block 3008) | 0 |
| 481130140013009 (Block 3009) | 0 |
| 481130140013010 (Block 3010) | 0 |
| 481130140013011 (Block 3011) | 0 |
| 481130140013012 (Block 3012) | 6 |
| 481130140013013 (Block 3013) | 27 |
| 481130140013014 (Block 3014) | 65 |
| 481130140013021 (Block 3021) | 41 |
| 481130140013022 (Block 3022) | 11 |
| 481130140013023 (Block 3023) | 0 |
| 481130140013024 (Block 3024) | 0 |
| 481130140013025 (Block 3025) | 0 |
| 481130140013026 (Block 3026) | 0 |
| 481130140013027 (Block 3027) | 0 |
| 481130140013028 (Block 3028) | 2 |
| 481130140013029 (Block 3029) | 0 |
| 481130140013030 (Block 3030) | 0 |
| 481130140013031 (Block 3031) | 0 |
| 481130140013032 (Block 3032) | 0 |
| 481130140013033 (Block 3033) | 0 |
| 481130140013034 (Block 3034) | 0 |
| 481130140013035 (Block 3035) | 0 |
| 481130140013036 (Block 3036) | 0 |
| 481130140013037 (Block 3037) | 0 |
| 481130140013038 (Block 3038) | 0 |
| 481130140013039 (Block 3039) | 0 |
| 481130140013040 (Block 3040) | 0 |
| 481130140021036 (Block 1036) | 0 |
| 481130140021038 (Block 1038) | 0 |
| 481130140021039 (Block 1039) | 0 |
| 481130140021040 (Block 1040) | 0 |
| 481130140021042 (Block 1042) | 0 |
| 481130140021047 (Block 1047) | 0 |
| 481130140021077 (Block 1077) | 0 |
| 481130140021081 (Block 1081) | 0 |
| 481130140021082 (Block 1082) | 0 |
| 481130140021083 (Block 1083) | 0 |
| 481130140021084 (Block 1084) | 0 |
| 481130140021085 (Block 1085) | 0 |
| 481130140021086 (Block 1086) | 0 |
| 481130140021087 (Block 1087) | 0 |

*Census block number 5002 is split between Districts 2 and 5.
The block has 80 persons.   35 persons were allocated to District
2 and 45 persons were allocated to District 5.   The district totals
above reflect those adjustments.   The block was split based
upon the area proportion within each District.*
GEOID: 481130138035008



*Bickerstaff Heath Delgado Acosta LLP*

# City of Farmers Branch - 2010 Census VTD and Block Report

**Plan Name: Proposed Single Member District Plan**

**Adopted on: October 2, 2012**                                                    10/1/2012

| | |
|---|---|
| 481130140021092 (Block 1092) | 0 |
| 481130140021093 (Block 1093) | 0 |

1507
| | |
|---|---|
| 481130140011000 (Block 1000) | 0 |
| 481130140011002 (Block 1002) | 0 |
| 481130140011003 (Block 1003) | 0 |
| 481130140011066 (Block 1066) | 0 |
| 481130140011067 (Block 1067) | 0 |
| 481130140011068 (Block 1068) | 0 |
| 481130140011069 (Block 1069) | 0 |
| 481130140014000 (Block 4000) | 0 |
| 481130140014012 (Block 4012) | 0 |
| 481130140014013 (Block 4013) | 0 |
| 481130140014023 (Block 4023) | 0 |
| 481130140014024 (Block 4024) | 0 |
| 481130140014029 (Block 4029) | 0 |
| 481130140014030 (Block 4030) | 0 |
| 481130140014036 (Block 4036) | 0 |
| 481130140014037 (Block 4037) | 0 |

1510
| | |
|---|---|
| 481130140011006 (Block 1006) | 0 |
| 481130140011056 (Block 1056) | 0 |
| 481130140011060 (Block 1060) | 0 |
| 481130140011061 (Block 1061) | 0 |
| 481130140011062 (Block 1062) | 0 |
| 481130140011063 (Block 1063) | 0 |
| 481130140011064 (Block 1064) | 0 |
| 481130140011065 (Block 1065) | 0 |
| 481130140011070 (Block 1070) | 0 |
| 481130140011071 (Block 1071) | 0 |
| 481130140011072 (Block 1072) | 0 |
| 481130140011073 (Block 1073) | 0 |
| 481130140011074 (Block 1074) | 0 |
| 481130140011075 (Block 1075) | 0 |
| 481130140011076 (Block 1076) | 0 |

Total Population:   5,784                5,723

District:                                    **4**                    Ideal:  Deviation: 1.1%

**1   Precincts**                                                                **Population**
Dallas County (Part)          481131508 (1508)                                1,181
        481131508 (1508)                                                        1,181

**153**                                                                          **Population**
Dallas County (Part)          481130136163014 (Block 3014)                   4,603
    1506
        481130136163014 (Block 3014)                                            0

*Census block number 5002 is split between Districts 2 and 5. The block has 80 persons.  35 persons were allocated to District 2 and 45 persons were allocated to District 5.  The district totals above reflect those adjustments.  The block was split based upon the area proportion within each District.*
*GEOID: 481130138035008*

*Bickerstaff Heath Delgado Acosta LLP*

**Plan Name: Proposed Single Member District Plan**

**Adopted on: October 2, 2012**                                                    10/1/2012

| | |
|---|---:|
| 481130136163015 (Block 3015) | 0 |
| 481130136163016 (Block 3016) | 0 |
| 481130136163017 (Block 3017) | 0 |
| 481130136163018 (Block 3018) | 0 |
| 481130136163019 (Block 3019) | 0 |
| 481130136163020 (Block 3020) | 0 |
| 481130136163021 (Block 3021) | 0 |
| 481130136163022 (Block 3022) | 0 |
| 481130136163023 (Block 3023) | 0 |
| 481130136163025 (Block 3025) | 0 |
| 481130136163026 (Block 3026) | 0 |
| 481130136163028 (Block 3028) | 0 |
| 481130136163029 (Block 3029) | 0 |
| 481130138035003 (Block 5003) | 0 |
| 481130138035022 (Block 5022) | 123 |
| 481130138035023 (Block 5023) | 24 |
| 481130138035024 (Block 5024) | 57 |
| 481130138035025 (Block 5025) | 18 |
| 481130138035026 (Block 5026) | 0 |
| 481130138061000 (Block 1000) | 0 |
| 481130138061001 (Block 1001) | 0 |
| 481130138061002 (Block 1002) | 0 |
| 481130138061003 (Block 1003) | 0 |
| 481130138061004 (Block 1004) | 0 |
| 481130138061005 (Block 1005) | 1,245 |
| 481130138061006 (Block 1006) | 145 |
| 481130138061007 (Block 1007) | 0 |
| 481130138061008 (Block 1008) | 0 |
| 481130138061009 (Block 1009) | 611 |
| 481130138061010 (Block 1010) | 1 |
| 481130138061011 (Block 1011) | 0 |
| 481130138061012 (Block 1012) | 0 |
| 481130138061016 (Block 1016) | 0 |
| 481130138061017 (Block 1017) | 1 |
| 481130138061018 (Block 1018) | 0 |
| 481130138061019 (Block 1019) | 0 |
| 481130138061020 (Block 1020) | 0 |
| 481130138061021 (Block 1021) | 0 |
| 481130138061022 (Block 1022) | 0 |
| 481130138061023 (Block 1023) | 0 |
| 481130138061024 (Block 1024) | 0 |
| 481130138061025 (Block 1025) | 0 |
| 481130138061026 (Block 1026) | 0 |
| 481130138061027 (Block 1027) | 0 |
| 481130138061028 (Block 1028) | 0 |
| 481130138062006 (Block 2006) | 0 |
| 481130138062007 (Block 2007) | 0 |
| 481130138062008 (Block 2008) | 0 |
| 481130138062009 (Block 2009) | 0 |
| 481130138062010 (Block 2010) | 0 |
| 481130138062011 (Block 2011) | 0 |

*Census block number 5002 is split between Districts 2 and 5. The block has 80 persons.   35 persons were allocated to District 2 and 45 persons were allocated to District 5.   The district totals above reflect those adjustments.   The block was split based upon the area proportion within each District.*
*GEOID: 481130138035008*



*Bickerstaff Heath Delgado Acosta LLP*

**Plan Name: Proposed Single Member District Plan**

**Adopted on: October 2, 2012**                                               10/1/2012

| | |
|---|---|
| 481130138062014 (Block 2014) | 0 |
| 481130138062015 (Block 2015) | 0 |
| 481130138062016 (Block 2016) | 0 |
| 481130138062018 (Block 2018) | 0 |
| 481130138062019 (Block 2019) | 0 |
| 481130138062020 (Block 2020) | 0 |
| 481130138062021 (Block 2021) | 0 |
| 481130138062022 (Block 2022) | 0 |
| 481130138062023 (Block 2023) | 0 |
| 481130138062024 (Block 2024) | 0 |
| 481130138062025 (Block 2025) | 0 |
| 481130138062026 (Block 2026) | 0 |
| 481130138062027 (Block 2027) | 0 |
| 481130138062028 (Block 2028) | 0 |
| 481130138062029 (Block 2029) | 0 |
| 481130138062030 (Block 2030) | 0 |
| 481130138062031 (Block 2031) | 0 |
| 481130138062032 (Block 2032) | 0 |
| 481130138062033 (Block 2033) | 0 |
| 481130138062034 (Block 2034) | 0 |
| 481130138062035 (Block 2035) | 0 |
| 481130138062036 (Block 2036) | 0 |
| 481130138062037 (Block 2037) | 0 |
| 481130138062038 (Block 2038) | 0 |
| 481130138062039 (Block 2039) | 0 |
| 481130138062040 (Block 2040) | 0 |
| 481130138062041 (Block 2041) | 0 |
| 481130138062042 (Block 2042) | 0 |
| 481130138062043 (Block 2043) | 0 |
| 481130138062044 (Block 2044) | 0 |
| 481130138062045 (Block 2045) | 0 |
| 481130138062046 (Block 2046) | 0 |
| 481130138062047 (Block 2047) | 0 |
| 481130138062048 (Block 2048) | 0 |
| 481130138062049 (Block 2049) | 0 |
| 481130138062050 (Block 2050) | 0 |
| 481130138062051 (Block 2051) | 0 |
| 481130138062052 (Block 2052) | 390 |
| 481130138062053 (Block 2053) | 0 |
| 481130138062054 (Block 2054) | 0 |
| 481130138062055 (Block 2055) | 0 |
| 481130138062056 (Block 2056) | 0 |
| 481130138062057 (Block 2057) | 0 |
| 481130138062058 (Block 2058) | 0 |
| 481130138062059 (Block 2059) | 0 |
| 481130138062060 (Block 2060) | 0 |
| 481130138062061 (Block 2061) | 0 |
| 481130138062062 (Block 2062) | 0 |
| 481130138062063 (Block 2063) | 0 |
| 481130138062064 (Block 2064) | 0 |
| 481130138062067 (Block 2067) | 0 |

 *Census block number 5002 is split between Districts 2 and 5.*
*The block has 80 persons.   35 persons were allocated to District*
*2 and 45 persons were allocated to District 5.   The district totals*
*above reflect those adjustments.    The block was split based*
*upon the area proportion within each District.*
*GEOID: 481130138053008*



*Bickerstaff Heath Delgado Acosta LLP*

**Plan Name: Proposed Single Member District Plan**

**Adopted on: October 2, 2012**                                                     10/1/2012

| | |
|---|---:|
| 481130138062068 (Block 2068) | 0 |
| 481130138062072 (Block 2072) | 0 |
| 481130138062073 (Block 2073) | 0 |
| 481130138062078 (Block 2078) | 0 |
| 481130138062079 (Block 2079) | 0 |
| 481130138062080 (Block 2080) | 0 |

1507

| | |
|---|---:|
| 481130138041000 (Block 1000) | 0 |
| 481130138041001 (Block 1001) | 0 |
| 481130138041002 (Block 1002) | 0 |
| 481130138041003 (Block 1003) | 33 |
| 481130138041004 (Block 1004) | 0 |
| 481130138041005 (Block 1005) | 0 |
| 481130138041006 (Block 1006) | 0 |
| 481130138041007 (Block 1007) | 216 |
| 481130138041008 (Block 1008) | 44 |
| 481130138041009 (Block 1009) | 0 |
| 481130138041010 (Block 1010) | 16 |
| 481130138041011 (Block 1011) | 31 |
| 481130138041012 (Block 1012) | 17 |
| 481130138041013 (Block 1013) | 112 |
| 481130138041014 (Block 1014) | 65 |
| 481130138041015 (Block 1015) | 126 |
| 481130138041016 (Block 1016) | 164 |
| 481130138041017 (Block 1017) | 0 |
| 481130138041018 (Block 1018) | 0 |
| 481130138041019 (Block 1019) | 0 |
| 481130138041020 (Block 1020) | 0 |
| 481130138041021 (Block 1021) | 0 |
| 481130138041022 (Block 1022) | 0 |
| 481130138041023 (Block 1023) | 0 |
| 481130138042000 (Block 2000) | 0 |
| 481130138042001 (Block 2001) | 32 |
| 481130138042002 (Block 2002) | 64 |
| 481130138042003 (Block 2003) | 0 |
| 481130138042004 (Block 2004) | 24 |
| 481130138042005 (Block 2005) | 58 |
| 481130138042006 (Block 2006) | 117 |
| 481130138042007 (Block 2007) | 61 |
| 481130138042008 (Block 2008) | 58 |
| 481130138042009 (Block 2009) | 80 |
| 481130138042010 (Block 2010) | 97 |
| 481130138042011 (Block 2011) | 60 |
| 481130138042012 (Block 2012) | 54 |
| 481130138042013 (Block 2013) | 51 |
| 481130138042014 (Block 2014) | 79 |
| 481130138042015 (Block 2015) | 91 |
| 481130138042016 (Block 2016) | 39 |
| 481130138042017 (Block 2017) | 121 |
| 481130138042018 (Block 2018) | 78 |

*Census block number 5002 is split between Districts 2 and 5. The block has 80 persons. 35 persons were allocated to District 2 and 45 persons were allocated to District 5. The district totals above reflect those adjustments. The block was split based upon the area proportion within each District.*
*GEOID: 481130138035008*



*Bickerstaff Heath Delgado Acosta LLP*

# City of Farmers Branch - 2010 Census VTD and Block Report

**Plan Name: Proposed Single Member District Plan**

**Adopted on: October 2, 2012**                                           10/1/2012

1510
    481130138041024 (Block 1024)                                                  0

       Total Population:  5,762                    5,723

District:                                       **5**                    Ideal:  Deviation:  0.68%

| **85** | | **Population** |
|---|---|---|
| Dallas County (Part) | 481130137111000 (Block 1000) | 5,797 |

  1500
| | |
|---|---|
| 481130137111000 (Block 1000) | 72 |
| 481130137111001 (Block 1001) | 57 |
| 481130137111002 (Block 1002) | 38 |
| 481130137111003 (Block 1003) | 534 |
| 481130137111004 (Block 1004) | 0 |
| 481130137111005 (Block 1005) | 0 |
| 481130137111006 (Block 1006) | 0 |
| 481130137111007 (Block 1007) | 98 |
| 481130137111008 (Block 1008) | 78 |
| 481130137111009 (Block 1009) | 76 |
| 481130137121000 (Block 1000) | 66 |
| 481130137121002 (Block 1002) | 89 |
| 481130137121003 (Block 1003) | 71 |
| 481130137121004 (Block 1004) | 80 |
| 481130137121005 (Block 1005) | 80 |
| 481130137121006 (Block 1006) | 116 |
| 481130137121007 (Block 1007) | 92 |
| 481130137121008 (Block 1008) | 74 |
| 481130137121009 (Block 1009) | 27 |
| 481130137121012 (Block 1012) | 119 |
| 481130137121013 (Block 1013) | 77 |
| 481130137121015 (Block 1015) | 47 |
| 481130137121016 (Block 1016) | 131 |
| 481130137122001 (Block 2001) | 196 |
| 481130137122002 (Block 2002) | 104 |
| 481130137122003 (Block 2003) | 149 |
| 481130137122004 (Block 2004) | 112 |
| 481130137122005 (Block 2005) | 145 |
| 481130137122006 (Block 2006) | 178 |
| 481130137122009 (Block 2009) | 84 |
| 481130137122010 (Block 2010) | 70 |
| 481130137122014 (Block 2014) | 28 |

  1501
| | |
|---|---|
| 481130137121001 (Block 1001) | 0 |
| 481130138031000 (Block 1000) | 155 |
| 481130138031001 (Block 1001) | 0 |
| 481130138031002 (Block 1002) | 0 |
| 481130138031003 (Block 1003) | 2 |
| 481130138031004 (Block 1004) | 0 |

*Census block number 5002 is split between Districts 2 and 5. The block has 80 persons.   35 persons were allocated to District 2 and 45 persons were allocated to District 5.   The district totals above reflect those adjustments.   The block was split based upon the area proportion within each District.*
*GEOID: 481130138035008*



*Bickerstaff Heath Delgado Acosta LLP*

# City of Farmers Branch - 2010 Census VTD and Block Report

**Plan Name: Proposed Single Member District Plan**

**Adopted on: October 2, 2012**                                         10/1/2012

| | |
|---|---|
| 481130138031005 (Block 1005) | 186 |
| 481130138031006 (Block 1006) | 1 |
| 481130138031007 (Block 1007) | 3 |
| 481130138031008 (Block 1008) | 0 |
| 481130138031009 (Block 1009) | 7 |
| 481130138031010 (Block 1010) | 5 |
| 481130138031011 (Block 1011) | 339 |
| 481130138031012 (Block 1012) | 0 |
| 481130138031013 (Block 1013) | 0 |
| 481130138031014 (Block 1014) | 0 |
| 481130138031015 (Block 1015) | 0 |
| 481130138031016 (Block 1016) | 0 |
| 481130138031017 (Block 1017) | 62 |
| 481130138031018 (Block 1018) | 88 |
| 481130138031019 (Block 1019) | 0 |
| 481130138031020 (Block 1020) | 0 |
| 481130138032000 (Block 2000) | 392 |
| 481130138032001 (Block 2001) | 0 |
| 481130138032002 (Block 2002) | 44 |
| 481130138032003 (Block 2003) | 0 |
| 481130138032004 (Block 2004) | 67 |
| 481130138032005 (Block 2005) | 26 |
| 481130138032006 (Block 2006) | 0 |
| 481130138032007 (Block 2007) | 337 |
| 481130138032008 (Block 2008) | 31 |
| 481130138032009 (Block 2009) | 65 |
| 481130138032010 (Block 2010) | 45 |
| 481130138032011 (Block 2011) | 3 |
| 481130138032012 (Block 2012) | 95 |
| 481130138032013 (Block 2013) | 41 |
| 481130138033000 (Block 3000) | 33 |
| 481130138033001 (Block 3001) | 270 |
| 481130138033002 (Block 3002) | 21 |
| 481130138033003 (Block 3003) | 37 |
| 481130138033004 (Block 3004) | 114 |
| 481130138033005 (Block 3005) | 0 |
| 481130138033008 (Block 3008) | 11 |
| 481130138033009 (Block 3009) | 12 |
| 481130138033010 (Block 3010) | 16 |

**1506**

| | | |
|---|---|---|
| 481130138035000 (Block 5000) | | 0 |
| 481130138035001 (Block 5001) | | 0 |
| 481130138035002 (Block 5002) | This block is split with District 2 | 80 |
| 481130138035006 (Block 5006) | | 0 |
| 481130138035007 (Block 5007) | | 0 |
| 481130138061013 (Block 1013) | | 100 |
| 481130138061014 (Block 1014) | | 21 |
| 481130138061015 (Block 1015) | | 0 |

*Census block number 5002 is split between Districts 2 and 5. The block has 80 persons. 35 persons were allocated to District 2 and 45 persons were allocated to District 5. The district totals above reflect those adjustments. The block was split based upon the area proportion within each District.*
*GEOID: 481130138035008*



*Bickerstaff Heath Delgado Acosta LLP*