# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

3:10-cv-1425

No. 13-10235

United States Court of Appeals
Fifth Circuit
**F I L E D**
July 30, 2013
Lyle W. Cayce
Clerk

MARIA FABELA; ALFONSO BALADEZ; AMELIA BALADEZ; MARIA BALADEZ; MARIA JACOBO; ANTONIO REYES; MARIA REYES; DIANA ROSAS; LETICIA TORRES; JOSE VILLANEDA,

    Plaintiffs - Appellees

v.

CITY OF FARMERS BRANCH, TEXAS; HAROLD FROELICH; DAVID KOCH; BEN ROBINSON; TIM SCOTT; BILL GLANCY; JEFF FULLER,

    Defendants - Appellants

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG - 7 2013
CLERK, U.S. DISTRICT COURT

Appeal from the United States District Court for the
Northern District of Texas, Dallas

CLERK'S OFFICE:

    Under FED. R. APP. P. 42(b), the appeal is dismissed with prejudice as of July 30, 2013, pursuant to appellants' motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Dantrell L. Johnson, Deputy Clerk

A true copy
Attest  30 JUL 2013
Clerk, U. S. Court of Appeals, Fifth Circuit
By /s/ Dantrell Johnson
    Deputy
New Orleans, Louisiana

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

July 30, 2013

Ms. Karen S. Mitchell  
Northern District of Texas, Dallas  
United States District Court  
1100 Commerce Street  
Earle Cabell Federal Building  
Room 1452  
Dallas, TX 75242



No. 13-10235     Maria Fabela, et al v. City of Farmers Branch, Texas, et al  
USDC No. 3:10-CV-1425

MEMORANDUM TO ALL:

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: Dantrell Johnson  
Dantrell L. Johnson, Deputy Clerk  
504-310-7689

cc w/encl:  
    Mr. Charles Dunham Biles  
    Mr. William A. Brewer, III  
    Mr. Jeremy Alan Fielding  
    Mr. Claude Robert Heath  
    Mr. Kent Davis Krabill